# COMPLAINT
# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-851-913**

Effective date of registration:

January 28, 2013

---

**Title**

  Title of Work:  DOOM 3 BFG Edition for PC

**Completion/Publication**

  Year of Completion:  2012
  Date of 1st Publication:  October 15, 2012    Nation of 1st Publication: Australia

**Author**

  · Author:  Id Software LLC
  Author Created:  text, editing, computer program, artwork

  Work made for hire:  Yes
  Citizen of:  United States       Domiciled in:  United States

**Copyright claimant**

  Copyright Claimant:  Id Software LLC
  3819 TOWNE CROSSING BOULEVARD, SUITE 222, Mesquite, TX, 75150, United States

**Limitation of copyright claim**

  Material excluded from this claim:  text, computer program, artwork
  New material included in claim:  text, editing, computer program, artwork

**Certification**

  Name:  Thomas E. Zutic
  Date:  January 11, 2013
  Applicant's Tracking Number:  29454-4

---

  Correspondence:  Yes