IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>OCULUS VR, INC. and<br>PALMER LUCKEY,<br><br>   Defendants. | § § § § § § § § § § § § | **CIVIL CASE NO. 3:14-cv-01849-P** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Michael D. Karson, Texas State Bar No. 24090198 of Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, enters his appearance in this matter as counsel for Plaintiffs ZeniMax Media Inc. and id Software LLC in the above-styled and numbered cause.  Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

Dated: August 8, 2014

Respectfully submitted,

*/s/ Michael D. Karson*

PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
    **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## **CERTIFICATE OF SERVICE**

On August 8, 2014, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: August 8, 2014                              */s/ Michael D. Karson*
                                                                    Michael D. Karson