**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3:14-01849-P<br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF JOSHUA M. DALTON ON BEHALF OF DEFENDANT FACEBOOK, INC.**

Notice is hereby given that the undersigned attorney, Joshua M. Dalton, Bingham McCutchen LLP, One Federal Street, Boston, Massachusetts, 02110-1726, Telephone: 617-951-8000, Facsimile: 617-951-8736, e-mail: joshua.dalton@bingham.com, previously admitted *pro hac vice* in this proceeding, enters his appearance on behalf of Defendant Facebook, Inc., in addition to Defendants Oculus VR, LLC, (successor by merger to Oculus VR, Inc.) and Palmer Luckey.

| | |
|---|---|
| Date: September 19, 2014 | Respectfully submitted,<br><br>**FACEBOOK, INC.,**<br><br>By Its Attorneys,<br><br><br>/s/ Linda R. Stahl<br>E. Leon Carter<br>Texas Bar No. 03914300<br>lcarter@carterscholer.com<br>Linda R. Stahl<br>Texas Bar No. 00798525<br>lstahl@carterscholer.com<br>**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**<br>Campbell Centre II<br>8150 N. Central Expressway, 5th Floor<br>Dallas, Texas 75206<br>T: 214.550.8188<br>F: 214.550.8185<br><br>Geoffrey M. Howard (*pro hac vice*)<br>geoff.howard@bingham.com<br>John A. Polito (*pro hac vice*)<br>john.polito@bingham.com<br>Lucy Wang (*pro hac vice*)<br>lucy.wang@bingham.com<br>**BINGHAM MCCUTCHEN LLP**<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>T: 415.393.2000<br>F: 415.393.2286<br><br>Joshua M. Dalton (*pro hac vice*)<br>josh.dalton@bingham.com<br>**BINGHAM MCCUTCHEN LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>T: 617.951.8000<br>F: 617.951.8736 |

**CERTIFICATE OF SERVICE**

       I, Linda R. Stahl, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2014.

       /s/ Linda R. Stahl
       Linda R. Stahl