IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>OCULUS VR, LLC, PALMER LUCKEY, and<br>FACEBOOK, INC., )<br><br>Defendants. ) | CIVIL ACTION<br>NO. 3:14-01849-P<br><br><br>JURY TRIAL DEMANDED |

**APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF MOTION TO QUASH
AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE
RECORDS
PART 2**

Dated:  September 24, 2014        Respectfully submitted,

**OCULUS VR, LLC, PALMER LUCKEY, BRENDAN IRIBE TREXLER, MICHAEL ANTONOV, MATTHEW HOOPER, JASON KIM, JOHANNES VAN WAVEREN, JONATHAN WRIGHT, GLORIA KENNICKELL AND CHRISTIAN ANTKOW,**

By Their Attorneys,

/s/ Linda R. Stahl
_____
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterscholer.com
**CARTER SCHOLER**
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
T: 214.550.8188
F: 214.550.8185

Geoffrey M. Howard (*pro hac vice*)
geoff.howard@bingham.com
John A. Polito (*pro hac vice*)
john.polito@bingham.com
Lucy Wang (*pro hac vice*)
lucy.wang@bingham.com
**BINGHAM MCCUTCHEN LLP**
Three Embarcadero Center
San Francisco, California  94111-4067
T: 415.393.2000
F: 415.393.2286

Joshua M. Dalton (*pro hac vice*)
josh.dalton@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
T: 617.951.8000
F: 617.951.8736

Dated:  September 24, 2014

Respectfully submitted,

**JOHN CARMACK AND KATHERINE ANNA
KANG**

By Their Attorneys,

/s/ Richard A. Smith (with permission L.W.)

Richard A. Smith
Texas Bar No. 24027990
rsmith@lynnllp.com
**LYNN TILLOTSON PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
T: 214.981.3800
F: 214.981.3839

**CERTIFICATE OF SERVICE**

I, Linda R. Stahl, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2014.

/s/ Linda R. Stahl
Linda R. Stahl

# EXHIBIT B

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 3:14-01849-P |
| v. | ) | |
| | ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF PALMER LUCKEY IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS**

I, Palmer Luckey, declare as follows:

1.      I am the founder of Oculus VR, LLC.  I make this declaration in support of the Motion to Quash and for Protective Order Re Plaintiffs' Subpoenas for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number ▮REDACTED▮ identified in paragraph 5 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was the personal phone number of a family member.

4.      During April 1, 2012 to February 28, 2014 the phone number ▮REDACTED▮ identified in paragraph 6 of the schedule attached to the Subpoenas was my personal phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 23 th day of September 2014, in Irvine, California.

_____
Palmer Luckey

# EXHIBIT C

## TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 3:14-01849-P |
| v. | ) | |
| | ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF BRENDAN IRIBE TREXLER IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS**

I, Brendan Iribe Trexler, declare as follows:

1.      I am the Chief Executive Officer of Oculus VR, LLC.  I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number REDACTED identified in paragraph 7 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal phone number.

4.      During April 1, 2012 to February 28, 2014 the phone number REDACTED identified in paragraph 8 of the schedule attached to the Subpoenas was the business number for Oculus VR, Inc.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 24 th day of September 2014, in Irvine, California.

Brendan Iribe  Trexler

A/76387127.1

# EXHIBIT D

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 3:14-01849-P |
| v. | ) | |
| | ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MICHAEL ANTONOV IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

I, Michael Antonov, declare as follows:

1.    I am the Chief Software Architect at Oculus VR, LLC.  I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.    I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.    During April 1, 2012 to February 28, 2014 the phone number REDACTED identified in paragraph 9 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal cell phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 24th day of September 2014, in Irvine, California.

Michael Antonov

# EXHIBIT E

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO. 3:14-01849-P |
| v. | ) | |
| | ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MATTHEW HOOPER IN SUPPORT OF MOTION TO QUASH
AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE
RECORDS**

I, Matthew Hooper, declare as follows:

1.      I am the Director of Development at Oculus VR, LLC. I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number REDACTED identified in paragraph 10 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 24 th day of September 2014, in Dallas, Texas.

Matthew Hooper

# EXHIBIT F

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CIVIL ACTION
NO. 3:14-01849-P

JURY TRIAL DEMANDED

**DECLARATION OF JOHN CARMACK IN SUPPORT OF MOTION TO QUASH AND
FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS**

I, John Carmack, declare as follows:

1.    I am Chief Technology Officer at Oculus VR, LLC. I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.    I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.    The phone number REDACTED identified in paragraph 1 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was is my personal cell phone number.

4.    The phone number REDACTED identified in paragraph 2 of the schedule attached to the Subpoenas was the phone number of my former home in Rockwall, Texas.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 2 5 day of September 2014, in Dallas, Texas.

John Carmack

# EXHIBIT G

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | NO. 3:14-01849-P |
| v. ) | |
| ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and ) | |
| FACEBOOK, INC., ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |
| ) | |

**DECLARATION OF KATHERINE ANNA KANG IN SUPPORT OF MOTION TO
QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR
PHONE RECORDS**

I, Katherine Anna Kang, declare as follows:

1.     I am the owner of several business ventures.  I am also married to John Carmack. I am not an employee of Oculus VR, LLC or Facebook, Inc..  I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.     I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.     The phone number **REDACTED** identified in paragraph 3 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") is the phone number I use for my personal business ventures.

4.     The phone number **REDACTED** identified in paragraph 2 of the schedule attached to the Subpoenas was the phone number of my former home in Rockwall, Texas.

5.     The phone number **REDACTED** identified in paragraph 4 of the schedule attached to the Subpoenas is my personal cell phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 23₂ day of September 2014, in Dallas, Texas.

Katherine Anna Kang

# EXHIBIT H

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:14-01849-P <br><br><br> JURY TRIAL DEMANDED |

## DECLARATION OF JASON KIM IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

I, Jason Kim, declare as follows:

1.      I am Project Manager at Oculus VR, LLC.  I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 13 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal phone number.

4.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 14 of the schedule attached to the Subpoenas was my personal phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 23th day of September 2014, in Dallas, Texas.

_____
Jason Kim

# EXHIBIT I

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:14-01849-P |
| v. | ) ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) ) ) | |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

**DECLARATION OF JOHANNES VAN WAVEREN IN SUPPORT OF MOTION TO
QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR
PHONE RECORDS**

I, Johannes van Waveren, declare as follows:

1.      I am a Senior Engineer at Oculus VR, LLC. I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 11 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal cell phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this **24** th day of September 2014, in Dallas, Texas.

_____

Johannes van Waveren

# EXHIBIT J

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:14-01849-P |
| v. | ) ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) ) ) | |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

**DECLARATION OF JONATHAN WRIGHT IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS**

I, Jonathan Wright, declare as follows:

1.      I am a Senior Engineer at Oculus VR, LLC.  I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 15 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal cell phone number.

3.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 16 of the schedule attached to the Subpoenas was my wife's personal cell phone number.

4.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 17 of the schedule attached to the Subpoenas was my home land line.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 24 th day of September 2014, in Dallas, Texas.

Jonathan Wright

# EXHIBIT K

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:14-01849-P |
| v. | ) ) | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., | ) ) ) | |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

**DECLARATION OF GLORIA KENNICKELL IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS**

I, Gloria Kennickell, declare as follows:

1.      I am an Engineer at Oculus VR, LLC. I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number **REDACTED** identified in paragraph 12 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal cell phone number.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 23th day of September 2014, in Dallas, Texas.

_____
Gloria Kennickell

# EXHIBIT L

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC,<br><br>                              Plaintiffs,<br><br>       v.<br><br>OCULUS VR, LLC, PALMER LUCKEY, and<br>FACEBOOK, INC.,<br><br>                            Defendants. | CIVIL ACTION<br>NO. 3:14-01849-P<br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF CHRISTIAN ANTKOW IN SUPPORT OF MOTION TO QUASH
AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE
RECORDS**

I, Christian Antkow, declare as follows:

1.      I am an Engineer at Oculus VR, LLC.  I make this declaration in support of the Motion to Quash Subpoenas and for Protective Order Re Plaintiffs' Subpoena for Phone Records.

2.      I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

3.      During April 1, 2012 to February 28, 2014 the phone number REDACTED identified in paragraph 18 of the schedule attached to the Subpoenas to AT&T Inc., Broadwing Communications, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Sprint Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc., Vonage Business Solutions, Inc. (collectively, the "Subpoenas") was my personal phone number.

4.      I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on this 23 th day of September 2014, in Dallas, Texas.

_____
Christian Antkow

# EXHIBIT M

# TO DECLARATION OF LUCY WANG IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

**Wang, Lucy**

| | |
|---|---|
| **From:** | Sammi, P. Anthony <Anthony.Sammi@skadden.com> |
| **Sent:** | Tuesday, September 23, 2014 1:45 PM |
| **To:** | Wang, Lucy; phillip.philbin@haynesboone.com; 'michael.karson@haynesboone.com'; DLPZENIMAX@skadden.com |
| **Cc:** | zzm oculus/zenimax (ext); 'lcarter@carterscholer.com'; Linda Stahl (lstahl@carterscholer.com) |
| **Subject:** | RE: ZeniMax/Oculus |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Lucy,

  I am in receipt of your email below.  We will not be withdrawing the subpoenas, which are narrowly focused and entirely proper in cases of this nature.

Regards,
Tony

**From:** Wang, Lucy [mailto:lucy.wang@bingham.com]
**Sent:** Monday, September 22, 2014 4:10 PM
**To:** phillip.philbin@haynesboone.com; 'michael.karson@haynesboone.com'; Project ZeniMax IP DL
**Cc:** zzm oculus/zenimax (ext); 'lcarter@carterscholer.com'; Linda Stahl (lstahl@carterscholer.com)
**Subject:** ZeniMax/Oculus

Tony,

We received plaintiffs' notice of subpoenas to various carriers for phone records of defendants as well as several non-parties. The subpoenas are an overbroad invasion of privacy and not reasonably calculated to lead to the discovery of admissible evidence.  We intend to seek relief from the court unless plaintiffs withdraw the subpoenas.

Please let us know if you would like to meet and confer regarding the subpoenas.  Otherwise, please let us know whether plaintiffs will withdraw the subpoenas by close of business on Tuesday.

Best,
Lucy


**Lucy Wang** | **Bingham McCutchen LLP**
Three Embarcadero Center | San Francisco, CA 94111
**T** (415) 393-2060 | **F** (415) 393-2286
lucy.wang@bingham.com | www.bingham.com

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.