IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION <br> NO. 3:14-01849-P <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO QUASH AND FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS FOR PHONE RECORDS

On this day, the Court considered Oculus VR, LLC, Palmer Luckey, Brendan Iribe Trexler, Michael Antonov, Matthew Hooper, John Carmack, Katherine Anna Kang, Jason Kim, Johannes van Waveren, Jonathan Wright, Gloria Kennickell and Christian Antkow's (collectively, "Movants") Motion to Quash and for Protective Order Regarding Plaintiffs' ZeniMax Media Inc. and id Software LLC's (collectively, "Plaintiffs") Subpoenas for Phone Records (the "Motion") to AT&T, Inc., Broadwing Communications, LLC, Comcast Cable of Indiana/Michigan/Texas LLC, Nextel of Texas, Inc., Southwestern Bell Telephone Company, Spring Corporation, T-Mobile USA, Inc., Verizon Communications Inc., Verizon Wireless Services, LLC, Virgin Mobile USA, L.P., Vonage America Inc. and Vonage Business Solutions, Inc., respectively, dated September 10, 2014 (collectively, the "Subpoenas").  Having considered the Motion, the briefing of all parties, and the pleadings on file, the Court is of the opinion that the Motion has merit and should be GRANTED.

Accordingly, it is ORDERED that the Motion is granted and the Subpoenas are quashed.  It is further ORDERED that Plaintiffs are prohibited from seeking Movants' private and confidential phone records.

_____

UNITED STATES DISTRICT JUDGE