IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 3:14-01849-P<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS OCULUS VR, LLC, PALMER LUCKEY, AND FACEBOOK, INC.'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY**

On this day, the Court considered Defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc.'s Motion for Protective Order to Stay Discovery (the "Motion"). Having considered the Motion, the briefing of all parties, and the pleadings on file, the Court is of the opinion that the Motion has merit and should be GRANTED.

Accordingly, it is ORDERED that the Motion is granted and all discovery is stayed until Defendants' motions to dismiss are resolved and Plaintiffs sufficiently identify the allegedly misappropriated trade secrets.

_____
UNITED STATES DISTRICT JUDGE