# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2834
EMAIL ADDRESS
KURT.HEMR@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

September 26, 2014

**BY ECF FILING**

The Honorable Jorge A. Solis
United States District Court for the
  Northern District of Texas
1100 Commerce Street, Room 1654
Dallas, Texas  75242-1003

The Honorable Paul D. Stickney
United States District Court for the
  Northern District of Texas
1100 Commerce Street, Room 1611
Dallas, Texas  75242-1003

RE: ZeniMax Media Inc. et al. v. Oculus VR, LLC et al.
N.D. Tex. Civ. A. No. 3:14-cv-01849-P

Dear Judge Solis and Magistrate Judge Stickney:

This firm represents Plaintiffs ZeniMax Inc. and id Software LLC (collectively, "ZeniMax") in the above-referenced action. We write to correct an error in ZeniMax's recently-filed Motion To Overrule Objections (Dkt. No. 40), which has been referred to Magistrate Judge Stickney. (See Dkt. No. 44.)

On page 5 of that Motion, the date provided in the Court's Scheduling Order for the conclusion of discovery was inadvertently misstated as April 28, 2015. The correct date is July 16, 2015. (See Dkt. No. 34, ¶ 7.) We apologize for any confusion this may have caused.

Respectfully submitted,

/s/ Kurt Wm. Hemr

Kurt Wm. Hemr

cc: all counsel of record (by ECF filing)