IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>        Defendants. | § § § § § § § § § § § § § | **CIVIL CASE NO. 3:14-cv-01849-P** |

**ZENIMAX APPENDIX (VOL. 1) TO ITS OPPOSITION TO
DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND TO QUASH**

**VOL. 1**

| **DOCUMENT** | **EXHIBIT** | **PAGE(S)** |
|---|---|---|
| Letter from P. Anthony Sammi to G. Howard regarding Facebook-Oculus merger (dated July 22, 2014) | 1 | 1-2 |
| Letter from P. Anthony Sammi to G. Howard regarding Facebook-Oculus merger (dated July 24, 2014) | 2 | 3-4 |
| Letter and attachments from G. Howard to P. Anthony Sammi regarding production of documents related to Facebook-Oculus merger, dated July 25, 2014 | 3 | 5-18 |
| Email and attachments from J. Dalton to P. Anthony Sammi regarding production of documents related to Facebook-Oculus merger, dated July 28, 2014 | 4 | 19-39 |
| Oculus VR, LLC (Successor By Merger To Oculus VR, Inc.) and Palmer Luckey's Initial Disclosures, dated July 23, 2014 | 5 | 40-49 |
| Letter from J. Dalton to K. Hemr attaching Defendants' First Set of Interrogatories and Requests for Production of Documents and Things to Plaintiffs, dated July 11, 2014 | 6 | 50-89 |

i

| | | |
|---|---|---|
| Defendants' Second Set of Interrogatories To Plaintiffs (Interrogatories Nos. 6-8), dated August 1, 2014 | 7 | 90-100 |
| Letter from P. Anthony Sammi to G. Howard attaching Plaintiffs' responses to Defendants' First Set of Interrogatories and Requests for Production, dated August 11, 2014 | 8 | 101-222 |
| Letter from P. Anthony Sammi to G. Howard attaching Plaintiffs' responses to Defendants' First and Second Set of Interrogatories, dated August 29, 2014 | 9 | 223-261 |
| Letter from J. Pak to G. Howard regarding Plaintiffs' first production of documents, dated August 22, 2014 | 10 | 262-263 |
| Letter from P. Anthony Sammi to G. Howard regarding Plaintiffs' second production of documents, dated September 5, 2014 | 11 | 264-266 |
| Letter from P. Anthony Sammi to G. Howard regarding Plaintiffs' third production of documents, dated September 11, 2014 | 12 | 267-268 |
| Letter from P. Anthony Sammi to G. Howard regarding Plaintiffs' fourth production of documents, dated September 18, 2014 | 13 | 269-270 |
| Letter from P. Anthony Sammi to G. Howard regarding Plaintiffs' fifth production of documents, dated September 26, 2014 | 14 | 271-272 |
| Declaration of P. Anthony Sammi, dated October 1, 2014 | 15 | 273-276 |
| E-mail chain between J. Dalton and P. Anthony Sammi regarding meet and confer on motion to compel, motion for protective order, discovery as to Defendant Facebook, Inc., and identification of trade secrets, dated September 11, 2014 | 16 | 277-280 |
| Letter from P. Anthony Sammi to G. Howard regarding Defendants' August 22, 2014 letter on Plaintiffs' responses to Defendants' First Set of Interrogatories, dated August 28, 2014 | 17 | 281-285 |
| Email from John Carmack to Director of Information Technology at id Software, Duncan Welch, regarding "outside line?", dated August 10, 2011 | 18 | 286-287 |

**VOL. 2**

| DOCUMENT | EXHIBIT | BATES RANGE |
|---|---|---|
| ZeniMax will propose that this document be filed under seal | 19 | P0000077-P0000077 |
| ZeniMax will propose that this document be filed under seal | 20 | P0000075-P0000076 |
| ZeniMax will propose that this document be filed under seal | 21 | P0013012-P0013016 |
| ZeniMax will propose that this document be filed under seal | 22 | P0013003-P0013004 |
| ZeniMax will propose that this document be filed under seal | 23 | P0000077-P0000077 |
| ZeniMax will propose that this document be filed under seal | 24 | P0012990-P0012990 |
| ZeniMax will propose that this document be filed under seal | 25 | P0012988-P0012989 |
| ZeniMax will propose that this document be filed under seal | 26 | P0012979-P0012980 |
| ZeniMax will propose that this document be filed under seal | 27 | P0013037-P0013040 |
| ZeniMax will propose that this document be filed under seal | 28 | P0013017-P0013020 |
| ZeniMax will propose that this document be filed under seal | 29 | P0010235-P0010235 |
| ZeniMax will propose that this document be filed under seal | 30 | P0013029-P0013032 |
| ZeniMax will propose that this document be filed under seal | 31 | P0013009-P0013011 |
| ZeniMax will propose that this document be filed under seal | 32 | P0000074-P0000074 |

| | | |
|---|---|---|
| ZeniMax will propose that this document be filed under seal | 33 | P0013041-P0013042 |
| ZeniMax will propose that this document be filed under seal | 34 | P0013036-P0013036 |
| ZeniMax will propose that this document be filed under seal | 35 | P0013029-P0013032 |
| ZeniMax will propose that this document be filed under seal | 36 | P0013037-P0013040 |
| ZeniMax will propose that this document be filed under seal | 37 | P0013001-P0013002 |
| ZeniMax will propose that this document be filed under seal | 38 | P0012993-P0012997 |
| ZeniMax will propose that this document be filed under seal | 39 | P0013021-P0013028 |
| ZeniMax will propose that this document be filed under seal | 40 | P0012985-P0012987 |
| ZeniMax will propose that this document be filed under seal | 41 | P0013037-P0013040 |
| ZeniMax will propose that this document be filed under seal | 42 | P0013021-P0013028 |
| ZeniMax will propose that this document be filed under seal | 43 | P0013009-P0013011 |
| ZeniMax will propose that this document be filed under seal | 44 | P0012998-P0013000 |
| ZeniMax will propose that this document be filed under seal | 45 | P0012991-P0012992 |
| ZeniMax will propose that this document be filed under seal | 46 | P0013036-P0013036 |
| ZeniMax will propose that this document be filed under seal | 47 | P0012991-P0012992 |
| ZeniMax will propose that this document be filed under seal | 48 | P0012985-P0012987 |

| | | |
|---|---|---|
| ZeniMax will propose that this document be filed under seal | 49 | P0013005-P0013008 |
| ZeniMax will propose that this document be filed under seal | 50 | P0012984-P0012984 |
| ZeniMax will propose that this document be filed under seal | 51 | P0013005-P0013008 |
| ZeniMax will propose that this document be filed under seal | 52 | P0013037-P0013040 |
| ZeniMax will propose that this document be filed under seal | 53 | P0013001-P0013002 |
| ZeniMax will propose that this document be filed under seal | 54 | P0013043-P0013044 |
| ZeniMax will propose that this document be filed under seal | 55 | P0010191-P0010191 |
| ZeniMax will propose that this document be filed under seal | 56 | P0013033-P0013034 |
| ZeniMax will propose that this document be filed under seal | 57 | P0013017-P0013020 |
| ZeniMax will propose that this document be filed under seal | 58 | P0000457-P0000457 |

Dated: October 1, 2014

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## **CERTIFICATE OF SERVICE**

      On October 1, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: October 1, 2014                                     *s/ Phillip B. Philbin*
                                                               Phillip B. Philbin