# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA, INC. and | § | |
| ID SOFTWARE, LLC, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-1849-P (BF) |
| | § | |
| OCULUS VR, INC., et al., | § | |
|     Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion to Overrule Objections to Discovery and to Compel Defendants to Proceed with Discovery [D.E. 40]; Plaintiffs' Motion for Entry of an Order for the Protection of Confidential Information [D.E. 42]; Defendants' Motion to Quash and for Protective Order Re: Plaintiffs' Subpoenas for Phone Records [D.E. 54]; and Defendants' Motion for Protective Order to Stay Discovery [D.E. 55] referred to United States Magistrate Judge Paul D. Stickney. *See* Electronic Orders Referring Motions [D.E. 44, 56]. The Court hereby sets a hearing on these matters on **MONDAY, JANUARY 26, 2015, at 10:00 A.M.** in the United States Magistrate Judge's Courtroom, Room 1620, 1100 Commerce Street, Dallas, Texas.

**SO ORDERED**, January 5, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE