UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA, INC. and | § | |
| ID SOFTWARE, LLC, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-1849-P (BF) |
| | § | |
| OCULUS VR, INC., et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion to Overrule Objections to Discovery and to Compel Defendants to Proceed with Discovery ("Motion to Compel") [D.E. 40]; Plaintiffs' Motion for Entry of an Order for the Protection of Confidential Information ("Motion for Protective Order") [D.E. 42]; Defendants' Cross-Motion for Entry of Defendants' Proposed Order for the Protection of Confidential Information ("Cross-Motion for Protective Order") [D.E. 62]; Defendants' Motion to Quash and for Protective Order Re: Plaintiffs' Subpoenas for Phone Records ("Motion to Quash") [D.E. 54]; and Defendants' Motion for Protective Order to Stay Discovery ("Motion to Stay") [D.E. 55] referred to United States Magistrate Judge Paul D. Stickney. *See* Electronic Orders Referring Motions [D.E. 44, 56]. The Court held a hearing on these matters on January 26, 2015. Pursuant to the parties' request, the record for this hearing is hereby SEALED.

Having considered the arguments of counsel, the parties' briefs and the relevant law, the Court issued the following rulings:

(1) Defendants' Motion to Quash [D.E. 54] is GRANTED;

(2) Defendants' Motion to Stay [D.E. 55] is DENIED; and

(3) Plaintiffs' Motion for Protective Order [D.E. 42] and Defendants' Cross-Motion for Protective

Order [D.E. 62] are DENIED without prejudice. The parties advised the Court that they will submit a mutually agreeable draft of the protective order within one week of today's hearing or notify the Court if they are unable to work it out.

(4) With respect to Plaintiffs' Motion to Compel [D.E. 40], the Court takes this matter under advisement and will issue an Order in the near future.

**SO ORDERED**, January 26, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE