IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**JOINT STATUS REPORT REGARDING PROTECTIVE ORDER AND
AGREED REQUEST FOR EXTENSION OF TIME**

Pursuant to the Court's January 26, 2015 Order (Dkt. No. 103), Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") and Defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc. (collectively, "Defendants") hereby report the status of their negotiations regarding a draft Protective Order.

ZeniMax's Motion for Entry of an Order for the Protection of Confidential Information (Dkt. No. 42) was referred to Magistrate Judge Stickney on September 15, 2014. (Dkt. No. 44.) The Court denied ZeniMax's motion and Defendants' Cross-Motion for Entry of Defendants' Proposed Order for the Protection of Confidential Information (Dkt. No. 62) without prejudice pending the parties' submission of a mutually agreeable draft Protective Order. (Dkt. No. 103.)

The parties are currently in negotiations and are working towards a mutually agreeable draft Protective Order. The parties respectfully request an extension of time, to and including February 5, 2015, to conclude their negotiations. If the parties are able to agree on a draft Protective Order, they will submit it to the Court by February 5, 2015. If, on the other hand, the parties are unable to agree on a draft Protective Order by February 5, 2015, they will apprise the

Court that they have been unable to agree and provide the Court with proposals indicating the specific area or areas of disagreement.

Dated: February 2, 2015

Respectfully submitted,

*/s/ Phillip B. Philbin*
Phillip B. Philbin
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
Michael D. Karson
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. Anthony Sammi
E-mail: Anthony.Sammi@skadden.com
Kurt Wm. Hemr
E-mail: Kurt.Hemr@skadden.com
James Y. Pak
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
Kristen Voorhees
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
Devin A. Kothari
E-mail: Devin.Kothari@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
   **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

*/s/ Linda R. Stahl*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
T: 214-550-8188
F: 214-550-8185

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California 94111
Tel: (415) 693-2000

Heidi L. Keefe (*pro hac vice*)
hleefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000

*Attorneys for Defendants*
*Oculus VR, LLC (successor by merger to*
*Oculus VR, Inc.), Facebook Inc., and Palmer*
*Luckey*

**CERTIFICATE OF SERVICE**

On February 2, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


Dated: February 2, 2015                            */s/ Phillip B. Philbin*
                                                                    Phillip B. Philbin