IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, | § § § | |
| Plaintiffs, | § § | **CIVIL CASE NO. 3:14-cv-01849-P** |
| v. | § § | |
| OCULUS VR, LLC, PALMER LUCKEY, and FACEBOOK, INC. | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING
AGREED REQUEST FOR EXTENSION OF TIME**

The Court, having considered the parties' Joint Status Report Regarding Protective Order and Agreed Request for Extension of Time, is of the opinion that the Agreed Request for Extension of Time is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

On or before February 5, 2015, the parties shall either: (i) submit a mutually agreeable draft Protective Order, or (ii) apprise the Court that they have been unable to agree on a Protective Order and submit proposals indicating the specific area or areas of disagreement.

**SO ORDERED:**

SIGNED this _____ day of _____ 2014.

_____
HONORABLE PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE