UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA, INC. and | § | |
| ID SOFTWARE, LLC, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-1849-P (BF) |
| | § | |
| OCULUS VR, INC., et al., | § | |
|     Defendants. | § | |

## ORDER GRANTING AGREED REQUEST FOR EXTENSION OF TIME

Before the Court is Joint Status Report Regarding Protective Order and Agreed Request for Extension of Time [D.E. 104] ("Agreed Request for Extension of Time"). The parties make this filing in connection with Plaintiffs' Motion for Entry of an Order for the Protection of Confidential Information [D.E. 42] and Defendants' Cross-Motion for Entry of Defendants' Proposed Order for the Protection of Confidential Information [D.E. 62] referred to the undersigned by the District Court. *See* Electronic Order Referring Motions [D.E. 44].

Upon consideration, the Agreed Request for Extension of Time [D.E. 104] is GRANTED. On or before February 5, 2015, the parties shall: (i) submit a mutually agreeable draft protective order or (ii) apprise the Court that they have been unable to agree on a protective order and submit proposals indicating the specific area or areas of disagreement.

**SO ORDERED**, February 3, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE