IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>     Defendants. | §<br>§<br>§<br>§<br>§  **CIVIL CASE NO. 3:14-cv-01849-P**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Court's February 3, 2015 Order (Dkt. No. 105), Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") and Defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc. (collectively, "Defendants") hereby move the Court to enter the Proposed Protective Order attached to this Motion as Exhibit 1.

On September 12, 2014, ZeniMax filed a Motion for Entry of an Order for the Protection of Confidential Information. (Dkt. No. 42.) On October 3, 2014, Defendants filed a Partial Opposition to Plaintiffs' Motion for Entry of an Order for the Protection of Confidential Information and Cross-Motion for Entry of Defendants' Proposed Order for the Protection of Confidential Information. (Dkt. No. 62.) The Court denied both of those motions without prejudice on January 26, 2015 (Dkt. No. 103) and ordered the parties to submit a mutually agreeable draft protective order by February 5, 2015 (Dkt. No. 105).

Accordingly, the parties request that the Court enter the Proposed Protective Order attached hereto as Exhibit 1.

Dated: February 5, 2015

Respectfully submitted,

*/s/ Phillip B. Philbin*
Phillip B. Philbin
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
Michael D. Karson
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. Anthony Sammi
E-mail: Anthony.Sammi@skadden.com
Kurt Wm. Hemr
E-mail: Kurt.Hemr@skadden.com
James Y. Pak
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
Kristen Voorhees
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
Devin A. Kothari
E-mail: Devin.Kothari@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
   **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

    */s/ E. Leon Carter*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**
Campbell Centre II
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
T: 214-550-8188
F: 214-550-8185

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California 94111
Tel: (415) 693-2000

Heidi L. Keefe (*pro hac vice*)
hleefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000

*Attorneys for Defendants*
*Oculus VR, LLC (successor by merger to Oculus VR, Inc.), Facebook Inc., and Palmer Luckey*

**CERTIFICATE OF SERVICE**

On February 5, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: February 5, 2015                              */s/ Phillip B. Philbin*
                                                                            Phillip B. Philbin