IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| ZENIMAX MEDIA INC. and <br> ID SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OCULUS VR, LLC, <br> PALMER LUCKEY, <br> and FACEBOOK, INC. <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

CIVIL CASE NO. 3:14-cv-01849-P

## ORDER GRANTING
## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

The Court, having considered the parties' Agreed Motion for Entry of Protective Order (Dkt. No. 106), is of the opinion that the Agreed Motion for Entry of Protective Order is well taken and should be GRANTED.

The Court will enter the parties' Proposed Protective Order.

SIGNED this ___7___ day of ___February___, 2015.

HONORABLE PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE