IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**JOINT MOTION FOR PREPARATION OF TRANSCRIPT**

**TO THE HONORABLE COURT:**

Plaintiffs ZeniMax Media Inc. and id Software LLC and Defendants Oculus VR, LLC, Palmer Luckey and Facebook, Inc. (the "Parties") file this motion requesting preparation of a transcript of the hearing held before Magistrate Judge Stickney on Monday, January 26, 2015, and in support, state the following:

1.　On January 26, 2015, Magistrate Judge Stickney held a hearing on the following motions: (a) Plaintiffs' Motion to Overrule Objections to Discovery and to Compel Defendants to Proceed with Discovery (Dkt. No. 40); (b) Plaintiffs' Motion for Entry of an Order for the Protection of Confidential Information (Dkt. No. 42); (c) Defendants' Motion to Quash and for Protective Order Re: Plaintiffs' Subpoenas for Phone Records (Dkt. No. 54); and (d) Defendants' Motion for Protective Order to Stay Discovery (Dkt. No. 55) (hereinafter, the "Proceedings").

2.　During the hearing, counsel for Plaintiffs requested that the proceedings be closed to the public.

3.　The Court granted the request and ordered that the hearing be closed to the public.

4. The Parties have agreed that the transcript may be designated CONFIDENTIAL pursuant to the Protective Order (Dkt. No. 107).

5. The Parties reserve their rights to seek a higher level of confidentiality designation, or to seek to withdraw this designation, based on the content of the transcript when produced.

6. The parties are willing to bear the costs of preparing the transcript.

### PRAYER

For the foregoing reasons, Plaintiffs and Defendants respectfully request that the Court direct the court reporter to prepare a transcript of the Proceedings, and that persons authorized under the Protective Order (Dkt. No. 107) be permitted to obtain a copy of such transcript upon payment of the usual fee.

Dated: February 13, 2015	Respectfully submitted,

*/s/ Phillip B. Philbin*
Phillip B. Philbin
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
Michael D. Karson
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. Anthony Sammi
E-mail: Anthony.Sammi@skadden.com
Kurt Wm. Hemr
E-mail: Kurt.Hemr@skadden.com
James Y. Pak
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
Kristen Voorhees
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
Devin A. Kothari
E-mail: Devin.Kothari@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
   **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

*/s/ Linda R. Stahl (with permission)*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
T: 214.550.8188
F: 214.550.8185

John A. Polito (*pro hac vice*)
john.polito@morganlewis.com
Lucy Wang (*pro hac vice*)
lucy.wang@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
Three Embarcadero Center
San Francisco, California 94111
T: 415.393.2000
F: 415.393.2286

Joshua M. Dalton (*pro hac vice*)
josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
T: 617.951.8000
F: 617.951.8736

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California  94111
T:  415.693.2000
F:  415.693.2222

Heidi L. Keefe (*pro hac vice*)
hkeefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
mweinstein@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94304
T:  650.843.5000
F:  650.849.7400

*Attorneys for Oculus VR, LLC, Palmer Luckey and Facebook, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that from February 9, 2015–February 13, 2015, I conferred with Linda Stahl, counsel for Defendants in this matter, regarding the issues raised by this motion. This motion is unopposed. Defendants join in the motion.

Dated: February 13, 2015                         */s/ Phillip B. Philbin*
                                                 Phillip B. Philbin

## CERTIFICATE OF SERVICE

On February 13, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: February 13, 2015                         */s/ Phillip B. Philbin*
                                                 Phillip B. Philbin