IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>    Defendants. | § § § § § § § § § § § § § | **CIVIL CASE NO. 3:14-cv-01849-P** |

**ORDER GRANTING
JOINT MOTION FOR PREPARATION OF TRANSCRIPT**

On this day the Court considered the Joint Motion for Preparation of Transcript filed by Plaintiffs ZeniMax Media Inc. and id Software LLC and Defendants Oculus VR, LLC, Palmer Luckey and Facebook, Inc. (Dkt. No. 110). Upon considering the motion, the Court is of the opinion that the motion is well-taken, and should be GRANTED.

Accordingly, IT IS ORDERED that the court reporter shall prepare a transcript of the hearing on Plaintiffs' Motion to Overrule Objections to Discovery and to Compel Defendants to Proceed with Discovery (Dkt. No. 40); Plaintiffs' Motion for Entry of an Order for the Protection of Confidential Information (Dkt. No. 42); Defendants' Motion to Quash and for Protective Order Re: Plaintiffs' Subpoenas for Phone Records (Dkt. No. 54); and Defendants' Motion for Protective Order to Stay Discovery (Dkt. No. 55), held before Magistrate Judge Paul Stickney beginning at 10:00 a.m. on January 26, 2015, and that persons authorized under the Protective Order (Dkt. No. 107) be permitted to obtain a copy of the transcript upon payment of the usual fee. The transcript shall be designated CONFIDENTIAL pursuant to the Protective Order (Dkt.

No. 107). The parties may seek a higher level of confidentiality designation, or may seek to withdraw this designation, based on the content of the transcript when produced.

SO ORDERED this _____ day of ___February___, 2015.

_____
HONORABLE PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

*/s/ Phillip B. Philbin*
Phillip B. Philbin
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
Michael D. Karson
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. Anthony Sammi
E-mail: Anthony.Sammi@skadden.com
Kurt Wm. Hemr
E-mail: Kurt.Hemr@skadden.com
James Y. Pak
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
Kristen Voorhees
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
Devin A. Kothari
E-mail: Devin.Kothari@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs
ZeniMax Media Inc. and id Software LLC*

*/s/ Linda R. Stahl (with permission)*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA
   & MOCKLER, PLLC**
8150 N. Central Expressway, 5th Floor
Dallas, Texas 75206
T: 214.550.8188
F: 214.550.8185

John A. Polito (*pro hac vice*)
john.polito@morganlewis.com
Lucy Wang (*pro hac vice*)
lucy.wang@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
Three Embarcadero Center
San Francisco, California 94111
T: 415.393.2000
F: 415.393.2286

Joshua M. Dalton (*pro hac vice*)
josh.dalton@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
T: 617.951.8000
F: 617.951.8736

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California 94111
T: 415.693.2000
F: 415.693.2222

Heidi L. Keefe (*pro hac vice*)
hkeefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
mweinstein@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
T: 650.843.5000
F: 650.849.7400

*Attorneys for Oculus VR, LLC, Palmer Luckey and Facebook, Inc.*