IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY and FACEBOOK, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3:14-cv-01849-P |

## JOINT NOTICE REGARDING CASE STATUS

**TO THE HONORABLE COURT**:

To inform the Court while motions by Defendants Oculus VR, LLC and Palmer Luckey (Dkt. No. 45) and Defendant Facebook, Inc. (Dkt. No. 47) are pending, the parties write to notify the Court that:

1) Plaintiffs have filed with the Court, and served on Defendants, Plaintiffs' Further Identification Of Misappropriated Trade Secrets (Dkt. No. 113-1) pursuant to Magistrate Judge Stickney's Order dated February 12, 2015 (Dkt. No. 109); and

2) Defendants have since confirmed that full reciprocal discovery is now open.

The parties respectfully reserve their rights regarding the pending motions.

Dated:  March 17, 2015                    Respectfully submitted,

*/s/ Michael G. Rhodes (w/ permission)*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC**
8150 N. Central Expressway, 5th Floor
Dallas, Texas  75206
T: 214.550.8188
F: 214.550.8185

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California  94111
T:  415.693.2000
F:  415.693.2222

Heidi L. Keefe (*pro hac vice*)
hleefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
mweinstein@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94304
T:  650.843.5000
F:  650.849.7400

**ATTORNEYS FOR OCULUS VR, LLC, PALMER LUCKEY and FACEBOOK, INC.,**

/s/ *Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
(admitted pro hac vice)
DEVIN A. KOTHARI
E-mail: Devin.Kothari@skadden.com
(admitted pro hac vice)
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

**ATTORNEYS FOR PLAINTIFFS ZENIMAX
MEDIA INC. and ID SOFTWARE LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court.

*/s/ Phillip B. Philbin*