IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | CIVIL CASE NO. 3:14-cv-01849-P |

**PLAINTIFFS' APPENDIX TO ITS MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND SOURCE CODE**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| Plaintiffs' First Set of Requests for Production and Inspection, dated July 9, 2014 | 1 | 1-17 |
| Defendants' Responses to Plaintiffs' First Set of Requests for Production and Inspection, dated August 8, 2014 | 2 | 18-65 |
| Email from J. Dalton to P. Sammi, dated September 11, 2014 | 3 | 66-69 |
| Letter from P. Sammi to M. Rhodes, dated January 30, 2015 | 4 | 70-73 |
| Email from M. Rhodes to K. Voorhees, dated February 9, 2015 | 5 | 74-76 |
| Letter from P. Sammi to M. Rhodes, dated February 10, 2015 | 6 | 77-79 |
| Letter from P. Sammi to M. Rhodes, dated February 26, 2015 | 7 | 80-81 |
| Letter from P. Sammi to M. Rhodes, dated March 26, 2015 | 8 | 82-89 |
| Email from K. Hemr to M. Rhodes, dated April 1, 2015 | 9 | 90-92 |
| Email from M. Caplan to K. Hemr, dated April 3, 2015 | 10 | 93-96 |
| Letter from P. Sammi to M. Rhodes, dated February 9, 2015 | 11 | 97-98 |

i

Dated: April 8, 2015

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
(admitted *pro hac vice*)
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
(admitted *pro hac vice*)
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
(admitted *pro hac vice*)
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
DEVIN A. KOTHARI
E-mail: Devin.Kothari@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs
ZeniMax Media Inc. and id Software LLC*

## CERTIFICATE OF SERVICE

      On April 8, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: April 8, 2015                          *s/ Phillip B. Philbin*
                                                    Phillip B. Philbin