IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES**

The Court, having considered ZeniMax's Opposed Motion to Compel Responses to Requests for Production and Interrogatories ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

1. Defendant Facebook, Inc.'s objections to ZeniMax Media Inc.'s and id Software LLC's First Set of Requests for Production and Inspection are OVERRULED. Facebook must produce all non-privileged, non-work product documents responsive to the requests set forth therein within seven days of the entry of this Order;

2. Defendants' objections to ZeniMax Media Inc.'s and id Software LLC's Second Set of Requests for Production to Defendants are OVERRULED. Defendants must produce all non-privileged, non-work product documents responsive to the requests set forth therein within seven days of the entry of this Order; and

2

3.      Defendant Oculus VR, LLC's and Palmer Luckey's objections to ZeniMax Media Inc.'s and id Software LLC's Second Set of Interrogatories to Oculus VR, LLC and Palmer Luckey are OVERRULED.  Defendants Oculus and Luckey must provide verified responses to each of the interrogatories set forth therein within seven days of the entry of this Order.

**SO ORDERED:**

SIGNED this _____ day of _____ 2015.

_____
The Hon. Jorge A. Solis
Chief District Judge