IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR MOTION TO COMPEL
RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| Letter from P. Anthony Sammi to G. Howard, dated September 3, 2014 (enclosing copy of ZeniMax Media Inc. and id Software LLC's First Set of Requests for Production and Inspection to Oculus VR, Inc. and Palmer Luckey, dated July 9, 2014) | 1 | 1-18 |
| ZeniMax Media Inc. and id Software LLC's Second Set of Requests for Production to Defendants, dated September 17, 2014 (redacted) | 2 | 19-27 |
| ZeniMax Media Inc. and id Software LLC's Second Set of Interrogatories to Oculus VR, LLC and Palmer Luckey, dated September 17, 2014 (confidential information of Defendants redacted) | 3 | 28-32 |
| Defendant Facebook's Objections to ZeniMax Media Inc. and id Software LLC's First Set of Requests for Production and Inspection, dated October 3, 2014 | 4 | 33-82 |

i

| **DOCUMENT** | **EXHIBIT** | **PAGE(S)** |
|---|---|---|
| Defendants Oculus VR, LLC, Palmer Luckey and Facebook, Inc.'s Objections to ZeniMax Media Inc. and id Software LLC's Second Set of Requests for Production, dated October 17, 2014 (redacted) | 5 | 83-108 |
| Defendants Oculus VR, LLC and Palmer Luckey's Objections to ZeniMax Media Inc. and id Software LLC's Second Set of Interrogatories, dated October 17, 2014 (confidential information of Defendants redacted) | 6 | 109-119 |
| Letter from P. Anthony Sammi to M. Rhodes, dated March 26, 2015 | 7 | 120-127 |
| E-mail from M. Caplan to K. Hemr, dated April 9, 2015 | 8 | 128-130 |
| E-mail from M. Caplan to P. Philbin and others, dated March 3, 2015 (attached discovery requests omitted) | 9 | 131-132 |
| E-mail from K. Voorhees to Defendants' Counsel, dated April 2, 2015 (attached discovery requests omitted) | 10 | 133-134 |
| E-mail from M. Caplan to P. Philbin and others, dated April 17, 2015 (attached discovery requests omitted) | 11 | 135-136 |
| E-mail from J. McIntosh to P. Philbin and others, dated April 24, 2015 (attached notices omitted) | 12 | 137-138 |

Dated: April 27, 2015

Respectfully submitted,

*s/ Phillip B. Philbin*

| | |
|---|---|
| P. ANTHONY SAMMI | PHILLIP B. PHILBIN |
| E-mail: Anthony.Sammi@skadden.com | Texas State Bar No. 15909020 |
| KURT WM. HEMR | E-mail: phillip.philbin@haynesboone.com |
| E-mail: Kurt.Hemr@skadden.com | MICHAEL D. KARSON |
| JAMES Y. PAK | Texas State Bar No. 24090198 |
| Texas State Bar No. 24086376 | E-mail: michael.karson@haynesboone.com |
| E-mail: James.Pak@skadden.com | **HAYNES AND BOONE LLP** |
| KRISTEN VOORHEES | 2323 Victory Avenue, Suite 700 |
| E-mail: Kristen.Voorhees@skadden.com | Dallas, Texas 75219 |
| DEVIN A. KOTHARI | Telephone No.: 214-651-5000 |
| E-mail: Devin.Kothari@skadden.com | Facsimile No.: 214-651-5940 |
| (the foregoing attorneys admitted *pro hac vice*) | |
| **SKADDEN, ARPS, SLATE,** | |
| **   MEAGHER & FLOM LLP** | |
| Four Times Square | |
| New York, New York 10036 | |
| Telephone No.: 212-735-3000 | *Attorneys for Plaintiffs* |
| Facsimile No.: 212-735-2000 | *ZeniMax Media Inc. and id Software LLC* |

iii

## **CERTIFICATE OF SERVICE**

      On April 27, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: April 27, 2015                         *s/ Phillip B. Philbin*
                                                          Phillip B. Philbin