IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW THEIR
MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND
INTERROGATORIES, AND ASSOCIATED APPENDIX**
**(Docket Nos. 137–138)**

Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") hereby move to withdraw their Motion To Compel Responses to Requests for Production and Interrogatories (Docket No. 137) and the associated appendix (Docket No. 138). That motion addressed Defendants' apparent failure to provide supplemental responses to discovery requests by a promised date. Defendants' counsel has informed the undersigned counsel for ZeniMax that those requests were in fact served via electronic mail on that date. There appears to have been some issue with the transmission of that electronic mail message such that it was not received by all of ZeniMax's counsel. ZeniMax reserves all of its rights with respect to Defendants' supplemental responses and objections, but with the Court's permission would withdraw its present Motion and associated appendix.

Dated: April 28, 2015                               Respectfully submitted,

                                                    *s/ Phillip B. Philbin*
P. ANTHONY SAMMI                                    PHILLIP B. PHILBIN
E-mail: Anthony.Sammi@skadden.com                   Texas State Bar No. 15909020
KURT WM. HEMR                                       E-mail: phillip.philbin@haynesboone.com
E-mail: Kurt.Hemr@skadden.com                       MICHAEL D. KARSON
JAMES Y. PAK                                        Texas State Bar No. 24090198
Texas State Bar No. 24086376                        E-mail: michael.karson@haynesboone.com
E-mail: James.Pak@skadden.com                       **HAYNES AND BOONE LLP**
KRISTEN VOORHEES                                    2323 Victory Avenue, Suite 700
E-mail: Kristen.Voorhees@skadden.com                Dallas, Texas 75219
DEVIN A. KOTHARI                                    Telephone No.: 214-651-5000
(the foregoing attorneys admitted *pro hac vice*)   Facsimile No.: 214-651-5940
E-mail: Devin.Kothari@skadden.com
**SKADDEN, ARPS, SLATE,**                           *Attorneys for Plaintiffs*
  **MEAGHER & FLOM LLP**                            *ZeniMax Media Inc. and id Software LLC*
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

## CERTIFICATE OF CONFERENCE

On April 28, 2015, Phillip B. Philbin, counsel for Plaintiffs, conferred in good faith with Richard A. Smith, counsel for Defendants, regarding the relief requested by this Motion. Defendants' counsel advised that Defendants are not opposed to the granting of the relief sought by this Motion.

Dated: April 28, 2015                               *s/ Phillip B. Philbin*
                                                    Phillip B. Philbin

## CERTIFICATE OF SERVICE

On April 28, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: April 28, 2015                               *s/ Phillip B. Philbin*
                                                    Phillip B. Philbin