IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW THEIR MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES, AND ASSOCIATED APPENDIX**

The Court, having considered Plaintiffs' Unopposed Motion to Withdraw their Motion to Compel Responses to Requests for Production and Interrogatories, and Associated Appendix ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

Plaintiffs' Motion to Compel Responses and Requests for Production and Interrogatories (Document No. 137) and Plaintiff's Appendix to their Motion to Compel Responses to Requests for Production and Interrogatories (Document No. 138) are hereby withdrawn.

**SO ORDERED:**

SIGNED this ____ day of _____ 2015.

_____
The Hon. Paul D. Stickney
United States Magistrate Judge