UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>  Plaintiffs,<br><br>  v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>  Defendants. | Case No.:  3:14-cv-01849-P |

# ORDER GRANTING DEFENDANTS' MOTION TO PERMIT ADDITIONAL PERSONS TO ACCESS PROTECTED MATERIALS

BEFORE THE COURT is Defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc.'s Motion to Permit Additional Persons to Access Protected Materials (Doc. ___). The Court is of the opinion that the motion should be GRANTED. Accordingly, the Court ORDERS that Palmer Luckey, John Carmack, Jack McCauley, Nirav Patel, Brendan Iribe, Nate Mitchell, Michael Antonov, and Defendants' in-house counsel may have access to Plaintiffs' Further Identification of Misappropriated Trade Secrets (Doc. 113-1) pursuant to section 13(b) of the Protective Order (Doc. 107) governing the production and use of confidential materials in this case.

SO ORDERED on _____, 2015.

_____