IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR REPLY IN
FURTHER SUPPORT OF MOTION TO COMPEL**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| E-mail from C. Reed to Counsel for Plaintiffs, with linked Letter from E. Stameshkin to P. Sammi, dated April 29, 2015 | 1 | 1-4 |
| E-mail from E. Stameshkin to K. Hemr, dated April 28, 2015 | 2 | 5-15 |
| Text of e-mail header from e-mail from E. Stameshkin to K. Hemr, dated April 28, 2015 (one item highlighted) | 3 | 16-18 |
| Text of e-mail header from e-mail from E. Stameshkin to K. Hemr, dated April 23, 2015 | 4 | 19-21 |
| Oculus VR, LLC Software Development Kit License Agreement, available at https://developer.oculus.com/licenses/license-3.2/ | 5 | 22-25 |

Dated: May 8, 2015

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
DEVIN A. KOTHARI
(the foregoing attorneys admitted *pro hac vice*)
E-mail: Devin.Kothari@skadden.com
**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs
ZeniMax Media Inc. and id Software LLC*

## **CERTIFICATE OF SERVICE**

      On May 8, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: May 8, 2015                                 *s/ Phillip B. Philbin*
                                                     Phillip B. Philbin