**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC., <br><br> Defendants. | Civil Case No.: 3:14-cv-01849-P |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'**
**MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND**
**INTERROGATORIES (ECF No. 137)**

Defendants Oculus VR, LLC ("Oculus"), Palmer Luckey, and Facebook, Inc. ("Facebook"; and collectively, "Defendants") hereby oppose plaintiffs ZeniMax Media Inc. and id Software LLC's (collectively, "Plaintiffs") Motion to Compel Responses to Requests for Production and Interrogatories ("Motion") (ECF No. 137). Plaintiffs' Motion is premised on the assertion that Defendants failed to serve responses to discovery requests by April 24, 2015, the agreed upon deadline for Defendants to respond to the requests at issue in the Motion. Defendants, however, timely served responses to the requests, which Plaintiffs now concede in their motion to withdraw the Motion. (ECF No. 140). Accordingly, the Court should deny the Motion.

Because Defendants timely responded to Plaintiffs' Requests, and because Plaintiffs have moved to withdraw the Motion, Defendants respectfully submit that Plaintiffs' Motion should be denied.

| | |
|---|---|
| Date: May 18, 2015 | Respectfully submitted,<br><br>*/s/ Heidi L. Keefe*<br><br>Richard A. Smith<br>Texas Bar No. 24027990<br>rsmith@lynnllp.com<br>Elizabeth Y. Ryan<br>Texas Bar No. 24067758<br>eryan@lynnllp.com<br>**LYNN TILLOTSON PINKER & COX LLP**<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Phone: (214) 981-3800<br>Fax: (214) 981-3839<br><br>Michael G. Rhodes (*pro hac vice*)<br>mrhodes@cooley.com<br>**COOLEY LLP**<br>101 California St., 5th Floor<br>San Francisco, California  94111<br>Phone:  (415) 693-2000<br><br>Heidi L. Keefe (*pro hac vice*)<br>hleefe@cooley.com<br>Mark R. Weinstein (*pro hac vice*)<br>mweinstein@cooley.com<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Phone:  (650) 843-5000 |

## CERTIFICATE OF SERVICE

On May 18, 2015, I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES** was served on all counsel who are deemed to have consented to electronic service.

*/s/ Heidi L. Keefe*
Heidi L. Keefe