IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>      Plaintiffs,<br><br> v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>      Defendants. | §§§§§§§§§§§§§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR PAYMENT OF EXPENSES AND FOR OTHER RELIEF**

The Court, having considered Plaintiffs' Opposed Motion For Payment Of Expenses and For Other Relief ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

1. Defendants must pay Plaintiffs in the amount of $4,981.81, reflecting the costs incurred by Plaintiffs in connection with their expert's unnecessary travel; and

2. Defendants must produce substantially all source code responsive to Plaintiffs' requests for production no later than June 1, 2015; and file with the Court by June 15, 2015 a certification of counsel that substantially all source code responsive to Plaintiffs' requests for production has been produced or substantially produced by that date.

2

**SO ORDERED:**

       SIGNED this \_\_\_\_ day of _____ 2015.

                                  _____
                                  The Hon. Jorge A. Solis
                                  Chief District Judge