U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 28 2015
CLERK, U.S. DISTRICT COURT
By ________
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ZENIMAX MEDIA, INC. and ID SOFTWARE, LLC, Plaintiffs,** | § | |
| **v.** | § | **No. 3:14-CV-1849-P (BF)** |
| **OCULUS VR, INC., et al., Defendants.** | § | |

**ORDER**

Before the Court are Plaintiffs' Motion to Compel Response to Requests for Production and Interrogatories [D.E. 137] ("Motion to Compel") and Unopposed Motion to Withdraw Their Motion to Compel Responses to Requests for Production and Interrogatories and Associated Appendix [D.E. 140] ("Unopposed Motion to Withdraw") referred to United States Magistrate Judge Paul D. Stickney. *See* Electronic Orders Referring Motions [D.E. 139, 142]. In the Unopposed Motion to Withdraw, Plaintiffs seek to withdraw their Motion to Compel because the issues raised in that motion have been resolved. *See* Unopposed Mot. [D.E. 140 at 1]. Upon consideration of the foregoing, Plaintiffs' Unopposed Motion to Withdraw [D.E. 140] is GRANTED and Plaintiffs' Motion to Compel [D.E. 137] is DENIED as moot.

**SO ORDERED**, May 28, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE