IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF PRODUCTION OF
DISCOVERY SOUGHT BY PLAINTIFFS' PENDING MOTION TO COMPEL**

Defendants' "Notice" (Dkt. No. 163) asserts that Defendants have very recently produced certain documents and source code sought by Plaintiffs' Motion To Compel. (Dkt. No. 121.)

Defendants' Notice regarding that further production was filed nearly <u>two months</u> after Plaintiffs sought this Court's intervention to compel Defendants to honor their discovery obligations. Yet, even now, that Notice pointedly does <u>not</u> assert that Defendants' production is now complete — or even substantially complete — as to <u>any</u> category of documents or source code sought by Plaintiffs' Motion. Indeed, Defendants artfully worded the Notice to avoid making any such assertion. In point of fact, Defendants could not claim their production is complete or substantially complete: by way of example only, Defendants only recently identified to Plaintiffs two entire repositories of Defendants' source code that Defendants have not yet produced to Plaintiffs.

Accordingly, Plaintiffs continue to maintain that the relief sought by their Motion is necessary and should be granted.

Dated: June 1, 2015

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
DEVIN A. KOTHARI
E-mail: Devin.Kothari@skadden.com
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## CERTIFICATE OF SERVICE

On June 1, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: June 1, 2015

*s/ Phillip B. Philbin*
Phillip B. Philbin