## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District District of Texas

Case Number: 3:14-CV-01849-P

Plaintiff:
**Zenimax Media Inc., et al.**
vs.
Defendant:
**Oculus VR, LLC, et al.**

For: Cooley LLP

Received by Agency for Civil Enforcement Corporation on the 27th day of April, 2015 at 12:38 pm to be served on **NaturalPoint, Inc. c/o Steven Adkins, Registered Agent, 745 NW Van Buren Ave, Corvallis, OR 97330**. I, _Jerry Jackson_, being duly sworn, depose and say that on the _28th_ day of _April_, _2015_ at _1:56_ p.m., executed service by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency and endorsed said documents with the date, time and hour of service, my initials and license number ID

( ) SUBSTITUTE SERVICE: By serving _____ as _____ and endorsed said documents with the date, time and hour of service, my initials and license number ID

(X) CORPORATE SERVICE: By serving _Cathy Lee_ as _Assistant_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _6th_ day of _May_, _2015_ by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
PAVANA GUBOCKI
NOTARY PUBLIC-OREGON
COMMISSION NO. 457695
MY COMMISSION EXPIRES AUG. 17, 2015

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Agency for Civil Enforcement Corporation
D.B.A., A.C.E., Inc.
1615 S. Congress Ave., Suite 103
Delray Beach, FL 33445
(561) 447-7638

Our Job Serial Number: 2015552681