IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO SET DATE FOR ANSWER TO AMENDED COMPLAINT**

The Court, having considered Plaintiffs' Opposed Motion To Set Date For Answer To Amended Complaint ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, pursuant to Fed. R. Civ. P. 12(a)(4), that:

1.　　Defendants shall file their answer(s) and affirmative defenses (if any) to Plaintiffs' Amended Complaint (Dkt. No. 38) within 14 days of the entry of this Order.

**SO ORDERED:**


SIGNED this ____ day of _____ 2015.


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Jorge A. Solis
　　　　　　　　　　　　　　　　　　　　　　　　　Chief District Judge