IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR MOTION TO COMPEL PRODUCTION OF
DOCUMENTS AND TESTIMONY FROM OTHER PENDING LITIGATIONS**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| Docket - *Oculu, LLC v. Oculus VR, Inc. et al.*, No. 8:14-cv-00196-DOC-JPR (C.D. Cal.) | 1 | 1-23 |
| Complaint - *Oculu, LLC v. Oculus VR, Inc. et al*, No. 8:14-cv-00196-DOC-JPR (C.D. Cal.), Dkt. No. 1 | 2 | 24-48 |
| Docket - *Total Recall Technologies v. Oculus VR, Inc. and Palmer Luckey*, No. 3:15-cv-02281 (N.D. Cal.) | 3 | 49-53 |
| Complaint - *Total Recall Technologies v. Oculus VR, Inc. and Palmer Luckey*, No. 3:15-cv-02281 (N.D. Cal.), Dkt. No. 1 | 4 | 54-63 |
| ZeniMax Media Inc. and id Software LLC's Third Set of Requests for Production to Defendants (dated April 23, 2015) | 5 | 64-71 |
| Defendants Oculus VR, LLC, Palmer Luckey and Facebook Inc.'s Objections and Responses to ZeniMax Media Inc. and id Software LLC's Third Set of Requests for Production (dated May 26, 2015) | 6 | 72-101 |
| Letter from K. Hemr to M. Rhodes and R. Smith regarding Defendants' Responses to Plaintiffs' Third Set of Requests for Production (dated June 24, 2015) | 7 | 102-105 |

| | | |
|---|---|---|
| Letter from H. Keefe to K. Hemr regarding Defendants' Responses to Plaintiffs' Third Set of Requests For Production (dated June 30, 2015) | 8 | 106-108 |

Dated: July 2, 2015                                              Respectfully submitted,

<i>s/ Phillip B. Philbin</i>

P. ANTHONY SAMMI                                         PHILLIP B. PHILBIN
E-mail: Anthony.Sammi@skadden.com                        Texas State Bar No. 15909020
KURT WM. HEMR                                            E-mail: phillip.philbin@haynesboone.com
E-mail: Kurt.Hemr@skadden.com                            MICHAEL D. KARSON
JAMES Y. PAK                                             Texas State Bar No. 24090198
Texas State Bar No. 24086376                             E-mail: michael.karson@haynesboone.com
E-mail: James.Pak@skadden.com                            **HAYNES AND BOONE LLP**
KRISTEN VOORHEES                                         2323 Victory Avenue, Suite 700
E-mail: Kristen.Voorhees@skadden.com                     Dallas, Texas 75219
DEVIN A. KOTHARI                                         Telephone No.: 214-651-5000
E-mail: Devin.Kothari@skadden.com                        Facsimile No.: 214-651-5940
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000                              *Attorneys for Plaintiffs*
Facsimile No.: 212-735-2000                              *ZeniMax Media Inc. and id Software LLC*

**CERTIFICATE OF SERVICE**

       On July 2, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: July 2, 2015                                      *s/ Phillip B. Philbin*
                                                               Phillip B. Philbin