**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>Defendants. | Case No.:  3:14-cv-01849-P |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL INTERROGATORY RESPONSE

Before the Court is Defendants' Motion to Compel the Production of Documents and Supplemental Interrogatory Response.  The Court hereby grants the Motion to Compel and ORDERS Plaintiffs to produce all non-privileged documents responsive to Defendants' Requests for Production Nos. 31, 101, 118, 136, 138, 139, and 160-164.  Additionally, the Court ORDERS Plaintiffs to provide a supplemental response to Facebook's Interrogatory No. 20 specifically stating the relief Plaintiffs seek.

<br>

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE