IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION (A) TO OVERRULE LIMITATIONS ON DEFENDANT FACEBOOK, INC.'S RESPONSES TO REQUESTS FOR PRODUCTION AND (B) TO COMPEL PRODUCTION OF DOCUMENTS AND <u>SOURCE CODE WITHHELD ON THAT BASIS</u>

The Court, having considered Plaintiffs' Opposed Motion (A) To Overrule Limitations On Defendant Facebook, Inc.'s Responses To Requests For Production And (B) To Compel Production Of Documents And Source Code Withheld On That Basis ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

1. To the extent that Defendants' objections in their Further Supplemental Responses to Plaintiffs' First and Second Sets of Requests for Production (dated June 12, 2015) and Responses to Plaintiffs' Third Set of Requests for Production (dated May 26, 2015) seek to categorically exclude Facebook source code and documents from production, they are OVERRULED.

2

2. Defendant Facebook, Inc. shall produce all of its documents and source code withheld on the basis of said objections from Plaintiffs' First, Second, and Third Sets of Requests for Production within 14 days of the entry of this Order.

**SO ORDERED:**

SIGNED this ____ day of _____ 2015.

_____
The Hon. Jorge A. Solis
Chief District Judge