IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR MOTION (A) TO OVERRULE LIMITATIONS ON DEFENDANT FACEBOOK, INC.'S RESPONSES TO REQUESTS FOR PRODUCTION AND (B) TO COMPEL PRODUCTION OF DOCUMENTS AND SOURCE CODE WITHHELD ON THAT BASIS**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| Email from L. Stameshkin to K. Hemr and others (dated May 29, 2015) | 1 | 1-7 |
| Defendant Facebook's Supplemental Objections and Responses to ZeniMax Media Inc. and id Software LLC's First Set of Requests for Production and Inspection (dated April 24, 2015) | 2 | 8-59 |
| Email from L. Stameshkin to K. Voorhees and others (dated May 26, 2015) | 3 | 60-62 |
| Email from J. Pak to L. Stameshkin and others (dated June 11, 2015) | 4 | 63-68 |
| Email from L. Stameshkin to J. Pak and others (dated June 12, 2015) | 5 | 69-75 |
| Defendants Oculus VR, LLC, Palmer Luckey and Facebook Inc.'s Objections and Responses to ZeniMax Media Inc. and id Software LLC's Third Set of Requests for Production (dated May 26, 2015) | 6 | 76-105 |

| | | |
|---|---|---|
| Defendants Oculus VR, LLC, Palmer Luckey, and Facebook Inc.'s Further Supplemental Objections and Responses to ZeniMax Media Inc. and id Software LLC's First and Second Sets of Requests for Production and Inspection (dated June 12, 2015) | 7 | 106-183 |

Dated: July 23, 2015

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
DEVIN A. KOTHARI
E-mail: Devin.Kothari@skadden.com
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs
ZeniMax Media Inc. and id Software LLC*

## **CERTIFICATE OF SERVICE**

      On July 23, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: July 23, 2015                                *s/ Phillip B. Philbin*
                                                                     Phillip B. Philbin