IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR OPPOSITION TO DEFENDANTS'
MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND
<u>SUPPLEMENTAL INTERROGATORY RESPONSE</u>**

The following exhibits have been excerpted and/or redacted as indicated to remove confidential information, including any confidentiality legends, potentially confidential information of Defendants, and material that is not relevant to the determination of Defendants' motion.

| **DOCUMENT** | **EXHIBIT** | **PAGE(S)** |
|---|---|---|
| Defendants' First Set of Requests for Production (dated July 11, 2014) (redacted and excerpted) | 1 | 1-11 |
| Plaintiffs' Responses to Defendants' First Set of Requests for Production (dated August 11, 2014) (redacted and excerpted) | 2 | 12-21 |
| Defendants' Second Set of Requests for Production (dated March 3, 2015) (redacted and excerpted) | 3 | 22-31 |
| Facebook's First Set of Interrogatories (dated March 3, 2015) (redacted and excerpted) | 4 | 32-41 |
| Plaintiffs' Responses to Facebook's First Set of Interrogatories (dated April 2, 2015) (redacted and excerpted) | 5 | 42-51 |
| Plaintiffs' Responses to Defendants' Second Set of | 6 | 52-62 |

| | | |
|---|---|---|
| Requests for Production (dated April 2, 2015) (excerpt) | | |
| Defendants' Third Set of Requests for Production (dated April 17, 2015) (redacted) | 7 | 63-70 |
| Plaintiffs' Responses to Defendants' Third Set of Requests for Production (dated May 18, 2015) (redacted and excerpted) | 8 | 71-80 |
| Letter from P. Anthony Sammi to M. Rhodes (dated May 22, 2015) (redacted and excerpted) | 9 | 81-85 |
| Email from M. Caplan to K. Hemr and others (dated June 3, 2015) (redacted and excerpted) | 10 | 86-88 |
| Letter from K. Hemr to M. Rhodes and R. Smith (dated June 12, 2015) | 11 | 89-91 |

Dated: August 7, 2015

Respectfully submitted,

*s/ Phillip B. Philbin*

| | |
|---|---|
| P. ANTHONY SAMMI<br>E-mail: Anthony.Sammi@skadden.com<br>KURT WM. HEMR<br>E-mail: Kurt.Hemr@skadden.com<br>JAMES Y. PAK<br>Texas State Bar No. 24086376<br>E-mail: James.Pak@skadden.com<br>KRISTEN VOORHEES<br>E-mail: Kristen.Voorhees@skadden.com<br>DEVIN A. KOTHARI<br>E-mail: Devin.Kothari@skadden.com<br>(the foregoing attorneys admitted *pro hac vice*)<br>**SKADDEN, ARPS, SLATE,**<br>   **MEAGHER & FLOM LLP**<br>Four Times Square<br>New York, New York 10036<br>Telephone No.: 212-735-3000<br>Facsimile No.: 212-735-2000 | PHILLIP B. PHILBIN<br>Texas State Bar No. 15909020<br>E-mail: phillip.philbin@haynesboone.com<br>MICHAEL D. KARSON<br>Texas State Bar No. 24090198<br>E-mail: michael.karson@haynesboone.com<br>**HAYNES AND BOONE LLP**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone No.: 214-651-5000<br>Facsimile No.: 214-651-5940<br><br><br>*Attorneys for Plaintiffs*<br>*ZeniMax Media Inc. and id Software LLC* |

## **CERTIFICATE OF SERVICE**

       On August 7, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: August 7, 2015                       *s/ Phillip B. Philbin*
                                                       Phillip B. Philbin