**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>Defendants. | Case No.: 3:14-cv-01849-P |

**APPENDIX TO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION (A) TO OVERRULE LIMITATIONS ON DEFENDANT
FACEBOOK, INC.'S RESPONSES TO REQUESTS FOR PRODUCTION
AND (B) TO COMPEL PRODUCTION OF DOCUMENTS AND SOURCE
CODE WITHHELD ON THAT BASIS (ECF NO. 186)**

| **Document** | **Exhibit** | **Page(s)** |
|---|:---:|:---:|
| Declaration of Richard Smith | | 1-3 |
| July 16, 2015 Email from Devin Kothari and Letter from William Hemr | A | 4-7 |
| July 16, 2015 Email from Devin Kothari | B | 8 |
| July 16, 2015 Email from Devin Kothari | C | 9-10 |
| July 23, 2015 Email from Devin Kothari | D | 11-12 |
| July 23, 2015 Email from Richard Smith | E | 13 |
| July 23, 2015 ECF Notice | F | 14-16 |
| September 3, 2014 Letter from P. Anthony Sammi and First Set of Request for Production | G | 17-33 |

Date:  August 12, 2015                    Respectfully submitted,

*/s/ Heidi L. Keefe*

Richard A. Smith
Texas Bar No. 24027990
rsmith@lynnllp.com
Elizabeth Y. Ryan
Texas Bar No. 24067758
eryan@lynnllp.com
**LYNN TILLOTSON PINKER & COX LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Phone: (214) 981-3800
Fax: (214) 981-3839

Michael G. Rhodes (pro hac vice)
mrhodes@cooley.com
COOLEY LLP
101 California St., 5th Floor
San Francisco, California  94111
Phone:  (415) 693-2000

Heidi L. Keefe (pro hac vice)
hleefe@cooley.com
Mark R. Weinstein (pro hac vice)
mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone:  (650) 843-5000

ii

## CERTIFICATE OF SERVICE

On August 13, 2015, I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). I hereby certify that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).

　　　　　　　　　　　　　　　　　　　　　　　／s/ Heidi L. Keefe
　　　　　　　　　　　　　　　　　　　　　　　　Heidi L. Keefe