# EXHIBIT A

# McIntosh, Jocelyn

| | |
|---|---|
| **From:** | Philbin, Phillip B. <Phillip.Philbin@haynesboone.com> |
| **Sent:** | Wednesday, August 12, 2015 2:08 PM |
| **To:** | Richard Smith |
| **Subject:** | Zenimax v. Oculus et al. - consent to leave to amend to add affirmative defense of mitigation |

Richard,

Pursuant to our conversation, Plaintiffs consent to Palmer Luckey amending his answer to the amended complaint to add the affirmative defense of mitigation.

**haynes**boone
**Phillip B. Philbin**
Partner
phillip.philbin@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7672

(t) 214.651.5684
(f) 214.200.0672

vCard | Bio | Website

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.