IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   **CIVIL CASE NO. 3:14-cv-01849-P**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR ZENIMAX TO FILE A MOTION TO DENY DISCLOSURE OF CONFIDENTIAL INFORMATION TO GARRY KITCHEN

The Court, having considered the parties' Agreed Motion for Extension of Time for ZeniMax to File a Motion to Deny Disclosure of Confidential Information to Garry Kitchen ("Motion"), and all papers and proceedings thereon, is of the opinion that the parties' Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

The time for Plaintiffs to file any Motion for an Order Denying Disclosure of Confidential Information to Garry Kitchen is extended to and including October 1, 2015.

**SO ORDERED:**

SIGNED this _____ day of _____ 2015.

_____
The Hon. Jorge A. Solis
Chief District Judge