IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW THEIR
(1) MOTION FOR PAYMENT OF EXPENSES AND FOR OTHER RELIEF AND
(2) ASSOCIATED APPENDIX, AND BRIEF IN SUPPORT**

Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") hereby move to withdraw their Motion for Payment of Expenses and for Other Relief (Dkt. No. 156) and the associated appendix (Dkt. No. 157).

Following recent discussions among counsel, Defendants have now sent ZeniMax payment in the amount of $4,981.81, which amount was requested in ZeniMax's Motion for Payment of Expenses and for Other Relief.

Accordingly, ZeniMax would respectfully withdraw its Motion for Payment of Expenses and for Other Relief and associated appendix.

1

Dated: September 28, 2015	Respectfully submitted,

*/s/ Phillip B. Philbin*
Phillip B. Philbin
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
Michael D. Karson
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. Anthony Sammi
E-mail: Anthony.Sammi@skadden.com
Kurt Wm. Hemr
E-mail: Kurt.Hemr@skadden.com
James Y. Pak
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
Kristen Voorhees
E-mail: Kristen.Voorhees@skadden.com
(admitted *pro hac vice*)
Devin A. Kothari
E-mail: Devin.Kothari@skadden.com
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
   **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## CERTIFICATE OF CONFERENCE

I, Devin A. Kothari, the undersigned counsel for Plaintiffs, conferred with Matthew D. Caplan, counsel for Defendants, on September 24, 2015 regarding the relief requested by this Motion, who advised that Defendants do not oppose the granting of such relief.

Dated: September 28, 2015    */s/ Devin A. Kothari*
                              Devin A. Kothari

4

**CERTIFICATE OF SERVICE**

      On September 28, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


Dated: September 28, 2015                */s/ Phillip B. Philbin*
                                              Phillip B. Philbin