IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
### TO WITHDRAW THEIR (1) MOTION FOR PAYMENT OF EXPENSES AND
### FOR OTHER RELIEF AND (2) ASSOCIATED APPENDIX

The Court, having considered Plaintiffs' Unopposed Motion to Withdraw their (1) Motion for Payment of Expenses and for Other Relief and (2) Associated Appendix ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion is well taken and should be GRANTED.

**SO ORDERED:**

Plaintiffs' Motion for Payment of Expenses and for Other Relief (Dkt. No. 156) and Plaintiffs' Appendix to their Motion for Payment of Expenses and for Other Relief (Dkt. No. 157) are hereby withdrawn.

SIGNED this 29th day of September, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE