UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA, INC. and § | |
| ID SOFTWARE, LLC, § | |
|     Plaintiffs, § | |
| § | |
| v. § | No. 3:14-CV-1849-P (BF) |
| § | |
| OCULUS VR, INC., et al., § | |
|     Defendants. § | |

## ORDER

    Before the Court is Plaintiffs' Motion to Compel the Production of Documents and Source Code [D.E. 121] referred to United States Magistrate Judge Paul D. Stickney. *See* Electronic Order Referring Mot. [D.E. 123]. In Defendants' Opposition to Plaintiffs' Motion to Compel, Defendants represent to the Court that many of the requests at issue in Plaintiffs' Motion to Compel have been produced and/or the production was ongoing at the time of Defendants' filing. *See* Defs.' Opp'n [D.E. 143 at 1 n.1 & 3-5]. In Plaintiffs' Reply in Further Support of Motion to Compel, Plaintiffs concede that some of the requests at subject in their Motion to Compel have been produced, but contend that there are outstanding requests at the time of the filing of their reply. *See* Pls.' Reply [D.E. 147 at 1, 6]. In consideration of the foregoing, Plaintiffs' Motion to Compel [D.E. 121] is DENIED without prejudice to refiling only with the remaining outstanding requests, if any.

    **SO ORDERED**, October 7, 2015.

                                                               PAUL D. STICKNEY
                                                               UNITED STATES MAGISTRATE JUDGE