**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>Defendants. | Case No.: 3:14-cv-01849-P |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL INTERROGATORY RESPONSES REGARDING PLANTIFFS' ALLEGED DAMAGES**

Before the Court is Defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc.'s (collectively, "Defendants") Motion to Compel the Production of Documents and Supplemental Interrogatory Responses Regarding Plaintiffs' Alleged Damages and Supporting Appendix (the "Motion to Compel").

The Court hereby grants the Motion to Compel and ORDERS Plaintiffs to produce all non-privileged documents responsive to Defendants' Requests for Production Nos. 168, 169, 171, 173, and 174. Additionally, the Court ORDER Plaintiffs to provide supplemental responses to Facebook's Interrogatories Nos. 22 through 25 that completely and fully provide the information sought in these interrogatories. Plaintiffs must make this document production and provide the supplemental interrogatory responses within 14 days.

_____
UNITED STATES DISTRICT JUDGE