# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>    Plaintiffs,<br><br>  v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>      Defendants. | Case No.:  3:14-cv-01849-P |

## APPENDIX TO DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL INTERROGATORY RESPONSES REGARDING PLAINTIFFS' ALLEGED DAMAGES

| Document | Exhibit | Page(s) |
|---|---|---|
| ZeniMax Media Inc. and id Software LLC's Responses and Objections to Facebook, Inc.'s Second Set of Interrogatories to Plaintiffs | 1 | 1-11 |
| ZeniMax Media Inc. and id Software LLC's Responses and Objections to Defendants' Fourth Set of Requests for Production of Documents and Things to Plaintiffs | 2 | 12-22 |
| September 9, 2015 Letter from Matthew Caplan to P. Anthony Sammi | 3 | 23-26 |
| September 11, 2015 email from Devin A. Kothari to Matthew Caplan | 4 | 27-29 |
| Declaration of Matthew D. Caplan in Support of Defendants' Motion to Compel | 5 | 30-32 |

Date:  October 16, 2015                    Respectfully submitted,


                                           */s/ Heidi L. Keefe*                    

                                           Richard A. Smith
                                           Texas Bar No. 24027990
                                           rsmith@lynnllp.com
                                           Elizabeth Y. Ryan
                                           Texas Bar No. 24067758
                                           eryan@lynnllp.com
                                           **LYNN TILLOTSON PINKER & COX LLP**
                                           2100 Ross Avenue, Suite 2700
                                           Dallas, Texas 75201
                                           Phone: (214) 981-3800
                                           Fax: (214) 981-3839

                                           Michael G. Rhodes (pro hac vice)
                                           mrhodes@cooley.com
                                           COOLEY LLP
                                           101 California St., 5th Floor
                                           San Francisco, California  94111
                                           Phone:  (415) 693-2000

                                           Heidi L. Keefe (pro hac vice)
                                           hleefe@cooley.com
                                           Mark R. Weinstein (pro hac vice)
                                           mweinstein@cooley.com
                                           COOLEY LLP
                                           3175 Hanover Street
                                           Palo Alto, CA 94304
                                           Phone:  (650) 843-5000

**CERTIFICATE OF SERVICE**

On October 16, 2015, I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  I hereby certify that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Heidi L. Keefe*
Heidi L. Keefe