UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA, INC. and | § | |
| ID SOFTWARE, LLC, | § | |
| Plaintiffs, | § | |
| v. | § | No. 3:14-CV-1849-P (BF) |
| OCULUS VR, LLC, et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court is the defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc.'s ("Defendants") Motion for Protective Order Prohibiting Plaintiffs From Unilaterally Setting Dates and Times for Depositions [D.E. 237] ("Motion for Protective Order") referred to United States Magistrate Judge Paul D. Stickney. *See* Electronic Order Referring Mot. [D.E. 242]. In this motion, Defendants contend that Plaintiffs ZeniMax Media, Inc. and id Software, LLC ("Plaintiffs") insist on moving forward with six unconfirmed depositions although the dates selected by Plaintiffs' counsel are not convenient for Defendants' witnesses and their counsel. *See* Mot. [D.E. 237 at 1]. The depositions at issue for Palmer Luckey, Mark Zuckerberg, Brendan Iribe, Laird Malamed, Amin Zoufonoun, and Brant Lewis are noticed to take place between November 18, 2015 and December 18, 2015. *See id.* [D.E. 237 at 3-4]. In consideration of the foregoing, the depositions at issue are temporarily stayed. Plaintiffs are ordered to file an expedited response to Defendants' Motion for Protective Order [D.E. 237] by **Monday, November 9, 2015**. The parties are encouraged to resolve their disputes regarding these depositions. Otherwise, the parties are advised that the Court may order the depositions to proceed on dates selected by the Court.

**SO ORDERED**, November 2, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE