IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR OPPOSITION TO
DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| Letter from K. Hemr to Defendants' Counsel regarding depositions and other issues (dated July 8, 2015) | 1 | 1-5 |
| Email correspondence between Counsel regarding depositions with calendar and deposition notices (dated October 14, 2015) | 2 | 6-47 |
| Email correspondence between Counsel regarding depositions (dated October 27, 2015) (highlighted) | 3 | 48-55 |
| Email from P. Anthony Sammi to Defendants' Counsel regarding Mr. Iribe's availability for deposition (dated November 4, 2015) | 4 | 56-59 |
| Steven Tweedie, *Oculus CEO Reveals How He Convinced Mark Zuckerberg to Try the Rift*, Business Insider (dated December 30, 2014) | 5 | 60-63 |
| Shayndi Raice et al., *In Facebook Deal Board Was All But Out of the Picture*, Wall Street Journal (dated April 18, 2012) | 6 | 64-70 |
| Facebook, Inc., 2015 Form 10-K (highlighted and excerpted) | 7 | 71-74 |

Dated: November 5, 2015

Respectfully submitted,

*s/ Phillip B. Philbin*

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
DEVIN A. KOTHARI
E-mail: Devin.Kothari@skadden.com
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## <u>CERTIFICATE OF SERVICE</u>

On November 5, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: November 5, 2015 _s/ Phillip B. Philbin_____
Phillip B. Philbin