# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA, INC. and § | |
| ID SOFTWARE, LLC, § | |
|     Plaintiffs, § | |
| v. § | No. 3:14-CV-1849-P (BF) |
| OCULUS VR, LLC, et al., § | |
|     Defendants. § | |

## ORDER

Before the Court is the defendants Oculus VR, LLC, Palmer Luckey, and Facebook, Inc.'s ("Defendants") Motion for Protective Order Prohibiting Plaintiffs From Unilaterally Setting Dates and Times for Depositions [D.E. 237] ("Motion for Protective Order") referred to United States Magistrate Judge Paul D. Stickney. *See* Electronic Order Referring Mot. [D.E. 242]. In this motion, Defendants contend that Plaintiffs ZeniMax Media, Inc. and id Software, LLC ("Plaintiffs") insisted on moving forward with six unconfirmed depositions for Palmer Luckey, Mark Zuckerberg, Brendan Iribe, Laird Malamed, Amin Zoufonoun, and Brant Lewis, although the dates selected by Plaintiffs' counsel are not convenient for Defendants' witnesses and their counsel. *See* Mot. [D.E. 237 at 1, 3-4]. On November 2, 2015, the Court temporarily stayed the depositions at issue and ordered Plaintiffs to file an expedited response by November 9, 2015. *See* Order. [D.E. 244].

Plaintiffs filed their expedited response on November 5, 2015. *See* Resp. [D.E. 245]. In the response, Plaintiffs represent to the Court that the parties have come to an agreement regarding deposition dates for Amin Zoufonoun and Brant Lewis. *See id.* [D.E. 245 at 4]. With respect to Brendan Iribe, Plaintiffs contend that Defendants seek to have him deposed on February 4, 2016, but Plaintiffs are attempting to depose him prior to that date. *See id.* [D.E. 245 at 4]. With respect to Palmer Luckey, Laird Malamed, and Mark Zuckerberg, Plaintiffs state that Defendants have proposed no alternative dates for their depositions. *See id.* [D.E. 245 at 4]. Upon consideration of

Plaintiffs' response, Defendants are hereby ORDERED to file an expedited reply in support of their Motion for Protective Order [D.E. 237] by **Friday, November 13, 2015**.

    **SO ORDERED**, November 5, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE