IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**PLAINTIFFS' APPENDIX TO THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL INTERROGATORY RESPONSES REGARDING PLAINTIFFS' ALLEGED DAMAGES**

| DOCUMENT | EXHIBIT | PAGE(S) |
|---|---|---|
| Facebook's Second Set Of Interrogatories | 1 | 1-8 |
| Defendants' Fourth Set Of Requests For Production | 2 | 9-16 |
| Plaintiffs' Responses And Objections To Facebook's Second Set Of Interrogatories | 3 | 17-27 |
| Plaintiffs' Responses And Objections To Defendants' Fourth Set Of Requests For Production | 4 | 28-38 |
| Letter from M. Caplan to P. Sammi dated September 9, 2015 | 5 | 39-42 |

i

Dated: November 6, 2015

Respectfully submitted,

*s/ Phillip B. Philbin*

| | |
|---|---|
| P. ANTHONY SAMMI<br>E-mail: Anthony.Sammi@skadden.com<br>KURT WM. HEMR<br>E-mail: Kurt.Hemr@skadden.com<br>JAMES Y. PAK<br>Texas State Bar No. 24086376<br>E-mail: James.Pak@skadden.com<br>KRISTEN VOORHEES<br>E-mail: Kristen.Voorhees@skadden.com<br>DEVIN A. KOTHARI<br>E-mail: Devin.Kothari@skadden.com<br>(the foregoing attorneys admitted *pro hac vice*)<br>**SKADDEN, ARPS, SLATE,**<br>   **MEAGHER & FLOM LLP**<br>Four Times Square<br>New York, New York 10036<br>Telephone No.: 212-735-3000<br>Facsimile No.: 212-735-2000 | PHILLIP B. PHILBIN<br>Texas State Bar No. 15909020<br>E-mail: phillip.philbin@haynesboone.com<br>MICHAEL D. KARSON<br>Texas State Bar No. 24090198<br>E-mail: michael.karson@haynesboone.com<br>**HAYNES AND BOONE LLP**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone No.: 214-651-5000<br>Facsimile No.: 214-651-5940<br><br>*Attorneys for Plaintiffs*<br>*ZeniMax Media Inc. and id Software LLC* |

iii

## **CERTIFICATE OF SERVICE**

      On November 6, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: November 6, 2015    *s/ Phillip B. Philbin*
                                                   Phillip B. Philbin