**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>Defendants. | Case No.:  3:14-cv-01849-P |

**ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION FOR PROTECTIVE ORDER PROHIBITING PLAINTIFFS PLAINTIFFS FROM DEPOSING MARK ZUCKERBERG, FACEBOOK'S CHIEF EXECUTIVE OFFICER**

Before the Court is defendant Facebook, Inc.'s Motion for Protective Order Prohibiting Plaintiffs from Deposing Mark Zuckerberg, Facebook's Chief Executive Officer (the "Motion for Protective Order").

The Court hereby GRANTS the Motion for Protective Order and PROHIBITS plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "Plaintiffs") from deposing Mark Zuckerberg, Facebook's Chief Executive Officer in this case.  Additionally, the Court ORDERS that the deposition of Mark Zuckerberg shall not go forward on the date noticed by Plaintiffs.

_____
UNITED STATES DISTRICT JUDGE