**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>Defendants. | Case No.: 3:14-cv-01849-P |

**APPENDIX TO DEFENDANT FACEBOOK'S MOTION FOR A PROTECTIVE ORDER PROHIBITING PLAINTIFFS FROM DEPOSING MARK ZUCKERBERG, FACEBOOK'S CHIEF EXECUTIVE OFFICER**

| Document | Exhibit | Page(s) |
|---|---|---|
| Declaration of Heidi Keefe in Support of Defendant Facebook's Motion for Protective Order | A | 1-3 |

Date:  November 13, 2015

Respectfully submitted,

*/s/ Heidi L. Keefe*

Richard A. Smith
Texas Bar No. 24027990
rsmith@lynnllp.com
Elizabeth Y. Ryan
Texas Bar No. 24067758
eryan@lynnllp.com
**LYNN TILLOTSON PINKER & COX LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Phone: (214) 981-3800
Fax: (214) 981-3839

Michael G. Rhodes (pro hac vice)
mrhodes@cooley.com
COOLEY LLP
101 California St., 5th Floor
San Francisco, California  94111
Phone:  (415) 693-2000

Heidi L. Keefe (pro hac vice)
hleefe@cooley.com
Mark R. Weinstein (pro hac vice)
mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone:  (650) 843-5000

ii

**CERTIFICATE OF SERVICE**

On November 13, 2015, I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  I hereby certify that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                             */s/ Heidi L. Keefe*
                                               Heidi L. Keefe