IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**[PROPOSED] ORDER DENYING FACEBOOK'S
<u>MOTION FOR A PROTECTIVE ORDER PROHIBITING PLAINTIFFS FROM
DEPOSING MARK ZUCKERBERG, FACEBOOK'S CHIEF EXECUTIVE OFFICER</u>**

The Court, having considered Facebook's Opposed Motion For A Protective Order Prohibiting Plaintiffs from Deposing Mark Zuckerberg, Facebook's Chief Executive Officer ("Motion"), and all papers and proceedings thereon, is of the opinion that Defendants' Motion should be DENIED.

**SO ORDERED:**

SIGNED this ____ day of _____ 2015.

_____
The Hon. Jorge A. Solis
Chief District Judge