IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>   Defendants. | **CIVIL CASE NO. 3:14-cv-01849-P** |

# PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER LIMITING THE 172 TOPICS IN DEFENDANTS' NOTICES OF RULE 30(B)(6) DEPOSITIONS

  Plaintiffs ZeniMax Media Inc. and id Software LLC hereby move the court pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure for an Order Limiting Defendants' Rule 30(b)(6) deposition notices. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated:  December 10, 2015

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
KRISTEN VOORHEES
E-mail: Kristen.Voorhees@skadden.com
DEVIN A. KOTHARI
E-mail: Devin.Kothari@skadden.com
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs
ZeniMax Media Inc. and id Software LLC*

## **CERTIFICATE OF CONFERENCE**

On September 8, 2015 and November 13, 2015, the undersigned counsel for Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") conferred with counsel for Defendants regarding the relief requested by this Motion. On December 2, 2015 counsel for Defendants demanded that Plaintiffs move for a protective order to obtain any relief.

Dated: December 10, 2015                             *s/ P. Anthony Sammi*
                                                     P. Anthony Sammi

**CERTIFICATE OF SERVICE**

On December 10, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: December 10, 2015                    *s/ Phillip B. Philbin*
                                            Phillip B. Philbin