IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>and FACEBOOK, INC.<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-P** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
A PROTECTIVE ORDER LIMITING THE 172 TOPICS IN
DEFENDANTS' NOTICES OF RULE 30(B)(6) DEPOSITIONS**

The Court, having considered Plaintiffs' Opposed Motion For A Protective Order Limiting The 172 Topics In Defendants' Notices Of Rule 30(b)(6) Depositions ("Motion"), and all papers and proceedings thereon, is of the opinion that Plaintiffs' Motion should be GRANTED.

Defendants' Rule 30(b)(6) deposition notices are hereby limited to the topics as to which Plaintiffs have committed to provide testifying representative witnesses in their responses and objections to those Rule 30(b)(6) deposition notices.

**SO ORDERED:**

　　　　SIGNED this ____ day of _____ 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Jorge A. Solis
　　　　　　　　　　　　　　　　　　　　　　　　　Chief District Judge