**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC, PALMER LUCKEY AND FACEBOOK, INC.,<br><br>Defendants. | Case No.: 3:14-cv-01849-P |

**APPENDIX TO DEFENDANTS' OPPOSITION TO TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER LIMITING TOPICS IN DEFENDANTS' NOTICES OF RULE 30(B)(6) DEPOSITIONS (ECF NO. 271)**

| Document | Exhibit | Page(s) |
|---|---|---|
| Plaintiffs' Rule 30(b)(6) Deposition Notice to Facebook, Inc. | A | 1-8 |
| Plaintiffs' Rule 30(b)(6) Deposition Notice to Oculus VR, LLC | B | 9-17 |

125987584 v1

Date:  December 30, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Heidi L. Keefe*

　　　　　　　　　　　　　　　　　　　　Richard A. Smith
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027990
　　　　　　　　　　　　　　　　　　　　richard@rsmithpc.com
　　　　　　　　　　　　　　　　　　　　RICHARD SMITH PC
　　　　　　　　　　　　　　　　　　　　Campbell Centre I
　　　　　　　　　　　　　　　　　　　　8350 N. Central Expressway
　　　　　　　　　　　　　　　　　　　　Suite 1111
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75206
　　　　　　　　　　　　　　　　　　　　Phone: (214) 242-6484

　　　　　　　　　　　　　　　　　　　　Elizabeth Y. Ryan
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24067758
　　　　　　　　　　　　　　　　　　　　eryan@lynnllp.com
　　　　　　　　　　　　　　　　　　　　**LYNN TILLOTSON PINKER & COX LLP**
　　　　　　　　　　　　　　　　　　　　2100 Ross Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Phone: (214) 981-3800
　　　　　　　　　　　　　　　　　　　　Fax: (214) 981-3839

　　　　　　　　　　　　　　　　　　　　Michael G. Rhodes (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　mrhodes@cooley.com
　　　　　　　　　　　　　　　　　　　　**COOLEY LLP**
　　　　　　　　　　　　　　　　　　　　101 California St., 5th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California  94111
　　　　　　　　　　　　　　　　　　　　Phone:  (415) 693-2000

　　　　　　　　　　　　　　　　　　　　Heidi L. Keefe (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　hleefe@cooley.com
　　　　　　　　　　　　　　　　　　　　Mark R. Weinstein (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　mweinstein@cooley.com
　　　　　　　　　　　　　　　　　　　　**COOLEY LLP**
　　　　　　　　　　　　　　　　　　　　3175 Hanover Street
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　Phone:  (650) 843-5000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　*Oculus VR, LLC, Palmer Luckey and Facebook, Inc.*

**CERTIFICATE OF SERVICE**

On December 30, 2015, I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  I hereby certify that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).


*/s/ Heidi L. Keefe*
Heidi L. Keefe