IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC., and ID SOFTWARE, LLC, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:14-CV-1849-K |
| OCULUS VR LLC, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

Before the Court are: (1) Plaintiffs' Motion to Exclude the Reports and Testimony of Karim Lakhani (Doc. No. 623); (2) Defendants' Motion to Exclude Irrelevant and Unreliable Expert Testimony of Dr. Dobkin (Doc. No. 625); (3) Plaintiffs' Motion to Exclude the Report and Testimony of Scott Steinberg (Doc. No. 626); (4) Defendants' Motion to Exclude Expert Testimony of William S. Choi, Ph.D. (Doc. No. 629); (5) Plaintiffs' Motion to Exclude Certain Opinions in the Report and Testimony of Mark Glick (Doc. No. 630); (6) Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Witness Daniel L. Jackson (Doc. No. 632); and (7) Plaintiffs' Motion to Exclude Certain Testimony of Robert Howe, Ravin Balakrishnan, and Barbara Frederiksen-Cross, Defendants' Designated Experts

(Doc. No. 634).  After careful consideration of each motion, responsive briefing, and supporting appendices, the Court **DENIES** each of these motions in their entirety.

    **SO ORDERED.**

Signed October 6th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE