IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>FACEBOOK, INC.,<br>BRENDAN IRIBE, and<br>JOHN CARMACK,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-K** |

**PLAINTIFFS' (VOL. I) APPENDIX TO THEIR MOTION TO COMPEL
DEFENDANTS TO PRODUCE SEVEN DOCUMENTS RELATING TO
<u>MARK ZUCKERBERG AND MARC ANDREESSEN</u>**

**VOL. I**

| **DOCUMENT** | **EXHIBIT** | **PAGE(S)** |
|---|---|---|
| Consolidated Verified Class Action Complaint, *In re Facebook, Inc. Class C Reclassification Litigation*, C.A. No. 12286-VCL<br>filed June 6, 2016 | A | 1-48 |
| Plaintiffs' Brief In Support Of Motion To Compel Production Of Attorney-Client Privileged Information, *In re Facebook, Inc. Class C Reclassification Litigation*, C.A. No. 12286-VCL<br>filed Sept. 9, 2016 | B | 49-79 |
| Transmittal Affidavit Of Joseph Christensen, *In re Facebook, Inc. Class C Reclassification Litigation*, C.A. No. 12286-VCL<br>filed August 30, 2016 | C | 80-85 |
| Oral Argument On Plaintiffs' Motions To Compel, *In re Facebook, Inc. Class C Reclassification Litigation*, C.A. No. 12286-VCL<br>filed Nov. 9, 2016 | D | 86-199 |

| **DOCUMENT** | **EXHIBIT** | **PAGE(S)** |
|---|---|---|
| Sarah Frier & Jef Feely, *Facebook's Investors Criticize Marc Andreessen for Conflict of Interest*, Bloomberg (Dec. 8, 2016) | E | 200-205 |
| Deepa Seetharaman, *Facebook's Plan to Keep Zuckerberg in Control Was Flawed*, The Wall Street Journal (Dec. 9, 2016) | F | 206-210 |
| Hannah Kuchler, *Investor lawsuit accuses Facebook director of disloyalty*, Fin. Times (Dec. 8, 2016) | G | 211-216 |
| Alex Heath, *Here are the chummy behind-the-scenes text messages between Mark Zuckerberg and Marc Andreessen that surfaced in a Facebook lawsuit*, Bus. Insider (Dec. 12, 2016) | H | 217-220 |
| Tweet From Marc Andreessen (username: @pmarca) (previously available at https://twitter.com/pmarca/statuses/448576195223773184) dated March 25, 2014 | I | 221-224 |

Dated: December 13, 2016

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## **CERTIFICATE OF SERVICE**

On December 13, 2016 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: December 13, 2016   *s/ Phillip B. Philbin*
                           Phillip B. Philbin