IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>FACEBOOK, INC.,<br>BRENDAN IRIBE, and<br>JOHN CARMACK,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-K** |

**PLAINTIFFS' NOTICE RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS
RELATING TO MARK ZUCKERBERG AND MARC ANDREESSEN**

　　　Plaintiffs ZeniMax Media, Inc. and id Software LLC (collectively, "ZeniMax") file this notice to inform the Court as follows regarding ZeniMax's Motion to Compel Defendants To Produce Seven Documents Relating To Mark Zuckerberg And Marc Andreessen (ECF No. 795):

　　　1.　　On December 12, 2016, ZeniMax filed in the Delaware Court of Chancery a notice challenging the filing under seal of seven exhibits to a declaration in that action (the "Exhibits").  A copy of that notice is attached hereto as Exhibit 1.

　　　2.　　On December 13, 2016, ZeniMax filed its Motion in this action seeking to compel Defendants to produce the Exhibits to ZeniMax in this action.  The Court ordered expedited briefing on that Motion.  (ECF No. 799.)

　　　3.　　On December 24, 2016, following briefing on the Motion, the Court ordered Defendants to provide the Exhibits to the Court *in camera* at 9:00 a.m. on January 3, 2017.  (ECF No. 823.)

4. On December 27, 2016, at or about 1:23 a.m. Dallas time, Defendants (i) informed ZeniMax that the Exhibits would be publicly filed in the Delaware action with certain redactions and (ii) provided copies of the redacted Exhibits to ZeniMax.

5. Later in the day on December 27, 2016, at or about 1:39 p.m. Dallas time, the redacted Exhibits were publicly filed in the Delaware Court of Chancery. Attached as Exhibit 2 hereto is a set of the redacted Exhibits as filed in the Delaware court.

6. Defendants have informed ZeniMax that they will not object to use of the redacted Exhibits on the basis of the redactions that have been applied to them (though they reserve their rights to object on other grounds to use of the Exhibits).

7. Having been so assured by Defendants, ZeniMax does not require any further relief on its Motion.

Dated: December 27, 2016

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

*Attorneys for Plaintiffs*
*ZeniMax Media Inc. and id Software LLC*

## CERTIFICATE OF SERVICE

      On December 27, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: December 27, 2016                  *s/ Phillip B. Philbin*
                                               Phillip B. Philbin