# Exhibit 1

EFiled: Dec 12 2016 05:37PM EST
Transaction ID 59943532
Case No. 12286-VCL

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE FACEBOOK, INC. CLASS C RECLASSIFICATION LITIGATION | ) Consolidated<br>) C.A. No. 12286-VCL |

### NON-PARTY ZENIMAX MEDIA, INC.'S NOTICE OF CHALLENGE TO CONFIDENTIAL TREATMENT PURSUANT TO RULE 5.1(f)(1)

TO: Register in Chancery
New Castle County Courthouse
500 North King Street
Wilmington, Delaware 19801

PLEASE TAKE NOTICE THAT, pursuant to Court of Chancery Rule 5.1(f)(1), non-party ZeniMax Media Inc. ("ZeniMax") hereby challenges the Confidential Treatment of the following documents filed in the above-captioned proceeding:

- Exhibits 29 through 35 to the Transmittal Affidavit Of Joseph Christensen In Support Of Brief In Support Of Motion To Compel, filed August 30, 2016 (Transaction ID No. 59478930) (the "Exhibits").

In support of this challenge, ZeniMax states as follows:

1. Rule 5.1(a) provides that "[e]xcept as otherwise provided in this Rule, proceedings in a civil action are a matter of public record." Rule 5.1(f) provides that "[a]ny person may challenge the Confidential Treatment of a Confidential Filing by filing a notice raising the challenge with the Register in Chancery."

2.     In *Al Jazeera America, LLC v. AT & T Services, Inc.*, Civil Action No. 8823–VCG, 2013 WL 5614284 (Del. Ch. Oct 14, 2013), this Court (Glasscock, V.C.) observed:

> Although Rule 5.1 permits litigating parties to maintain confidentiality over sensitive proprietary and commercial information when confidentiality does not greatly disadvantage the public's ability to understand the nature of the dispute before this Court, **this Rule does not permit litigating parties to withhold information from the public merely based on the potential economic or reputational impact that disclosure may have** where the public's interest in this information is substantial and outweighs the potential impact on the parties' respective business interests.

*Id.* at *7 (emphasis added).

3.     The Exhibits are records of communications between Mark Zuckerberg, the founder and Chief Executive Officer of Facebook, Inc., and Marc Andreessen, a director of Facebook, and are described as follows in the Transmittal Affidavit Of Joseph Christensen:

| Ex.# | Dates | DESCRIPTION | Bates Nos. |
|---|---|---|---|
| 29 | 02/11/16 | Email log between Marc Andreessen and Mark Zuckerberg | MZ0006915-16 |
| 30 | 03/04/16 | Email log between Marc Andreessen and Mark Zuckerberg | MZ0006925 |
| 31 | 03/04/16 | Meeting invite to Mark Zuckerberg to members of the Special Committee [of which Mr. Andreessen was a member] | FB_0004699 |

| Ex.# | Dates | DESCRIPTION | Bates Nos. |
|---|---|---|---|
| 32 | 03/04/16 | Minutes of a Meeting of the Special Committee of the Board of Directors of Facebook, Inc. [of which Mr. Andreessen was a member] | FBOD00000080-81 |
| 33 | 03/10 - 03/14/16 | Email log between Marc Andreessen and Mark Zuckerberg | MZ0006919-21 |
| 34 | 03/15-03/16/16 | Email log between Marc Andreessen and Mark Zuckerberg | MZ0006917-18 |
| 35 | 03/21-03/26/16 | Email log between Marc Andreessen and Mark Zuckerberg | MZ0006911-14 |

4. To the extent that the Exhibits may ever have contained matter properly considered confidential, that matter is no longer confidential:

- The contents of the Exhibits were discussed *and directly quoted* at length in the publicly-filed version of Plaintiffs' Brief In Support Of Motion To Compel Production Of Attorney-Client Privileged Information, filed September 9, 2016 (Transaction ID No. 59540246) (*see* pp. 12-17).

- The contents of the Exhibits were discussed at the November 9, 2016 hearing on the Motion To Compel in this action, which was conducted in open court, and the transcript of that hearing was placed on the

public docket of this Court on November 21, 2016. (Transaction ID No. 59859945, pp. 24, 28-29, 52.)

- The contents of the Exhibits were discussed *and directly quoted* at length in an article posted on the Bloomberg news service on December 8, 2016 and entitled "Facebook's Investors Criticize Marc Andreessen for Conflict of Interest."[1]

5. The Bloomberg article referenced above evinces the substantial public interest in the subject matter of this action in the Court of Chancery.

6. ZeniMax is currently preparing for trial of the action captioned *ZeniMax Media Inc. et al. v. Oculus VR, LLC et al.*, which is Civil Case No. 3:14-cv-01849-K in the U.S. District Court for the Northern District of Texas, which is scheduled to commence on January 9, 2016. ZeniMax intends to call Mr. Zuckerberg and Mr. Andreessen as witnesses at that trial and has requested production of the Exhibits from Defendants' counsel in that action. ZeniMax may offer the Exhibits as evidence in that action.

---

[1] Available online at <http://www.bloomberg.com/news/articles/2016-12-08/facebook-s-investors-criticize-marc-andreessen-for-conflict-of-interest>.

7. Accordingly, ZeniMax requests that the Exhibits be unsealed and placed on the public docket of this Court:

                              Respectfully submitted,

                              */s/ Stephen D. Dargitz*
                              Stephen D. Dargitz (ID No. 3619)
                              MANION GAYNOR &
                                  MANNING LLP
                              1007 North Orange Street, 10th Floor
                              Wilmington, Delaware  19801
                              *Attorney for Non-Party*
                              *ZeniMax Media Inc.*

DATED: December 12, 2016