# Exhibit 2

EFiled:  Dec 27 2016 02:39PM EST
Transaction ID 59969343
Case No. 12286-VCL

# EXHIBIT 29
# PUBLIC VERSION DATED
# DECEMBER 27, 2016

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Hey | Read | Thurs, Feb 11, 2016 9:01 AM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | What's up? | Sent | Thurs, Feb 11, 2016 9:01 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Between us - re special board session | Read | Thurs, Feb 11, 2016 9:01 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | 1 new share class will happen | Read | Thurs, Feb 11, 2016 9:01 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | 2 everyone loves czi | Read | Thurs, Feb 11, 2016 9:01 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | That said, we have a few serious implementation issues to discuss with you on both - specifically: | Read | Thurs, Feb 11, 2016 9:02 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Succession planning re the share class | Read | Thurs, Feb 11, 2016 9:02 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | And entanglement of czi and Facebook | Read | Thurs, Feb 1, 2016 9:02 AM 1 |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | It's all intended to protect the company and you personally from "no good deed goes unpunished" consequences | Read | Thurs, Feb 11, 2016 9:03 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I think it's all around the edges of the big things you want but we can discuss more after if you want | Read | Thurs, Feb 11, 2016 9:04 AM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Thanks -- let's catch up afterwards | Sent | Thurs, Feb 11, 2016 9:04 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Yep | Read | Thurs, Feb 11, 2016 9:04 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Couple comments on this last conversation: | Read | Thurs, Feb 11, 2016 12:20 PM |

    MZ0006915

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | 1 All our feedback is entirely intended to protect you and the company. We love the intent. | Read | Thurs, Feb 11, 2016 12:20 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | 2 You should know that the reality warping that I brought up has already started. Several of your senior staff think this is a big mistake and wish you would stop but don't want to challenge you. | Read | Thurs, Feb 11, 2016 12:28 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | That said, I love the goals ☺. And I would be thrilled if Facebook proper pursued more long term science and tech efforts internally including health and education. | Read | Thurs, Feb 11, 2016 12:34 PM |

Confidential

MZ0006916

# EXHIBIT 30
# PUBLIC VERSION DATED
# DECEMBER 27, 2016

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I have updates. LMK if you'd like to talk tonight or tomorrow before 330. | Read | Fri, Mar 4, 2016 7:20 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Want to talk now? | Sent | Fri, Mar 4, 2016 7:27 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | The committee wants to do this. You don't need to question that. | Read | Sat, Mar 5, 2016 3:51 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | This line of argument is not helping. ☺ | Read | Sat, Mar 5, 2016 3:56 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | They are both genuinely trying to get to the right answer. | Read | Sat, Mar 5, 2016 4:27 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | THIS is the key topic. | Read | Sat, Mar 5, 2016 4:27 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Agree | Sent | Sat, Mar 5, 2016 4:29 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | NOW WE'RE COOKING WITH GAS | Read | Sat, Mar 5, 2016 4:47 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I'll push them on having a longer period at least for Sheryl and Chris. Don't know if that's helpful but. | Read | Sat, Mar 5, 2016 5:06 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Want to catch up? | Sent | Sat, Mar 5, 2016 5:08 PM |

Confidential

MZ0006925

# EXHIBIT 31
# PUBLIC VERSION DATED
# DECEMBER 27, 2016

**Subject:** 3:30pm Special Committee call

**Location:** Dial in: ███████████████

**Start:** 3/5/2016 3:30 PM

**End:** 3/5/2016 5:30 PM

**Show Time As:** Tentative

**Recurrence:** (none)

**Meeting Status:** Not yet responded

**Organizer:** Mark Zuckerberg

**Required Attendees:** ███████████████; Hinman, William; Kim, Mark; Dave Kling; Shapiro, David E.; Erskine Bowles (██████████████); Marc Andreessen

**Resources:** Dial in: ███████████████

Participants:

1. Sue Desmond-Hellmann
2. Erskine Bowles
3. Marc Andreessen
4. Mark Zuckerberg
5. Bill Hinman
6. Mark Kim
7. Dave Kling
8. David Shapiro

FB_0004699

# EXHIBIT 32
# PUBLIC VERSION DATED
# DECEMBER 27, 2016

**Minutes of a Meeting**
**of the Special Committee of the Board of Directors of**
**FACEBOOK, INC.**
**(a Delaware Corporation)**

**March 4, 2016**

A meeting of the Special Committee (the "Committee") of the Board of Directors (the "Board") of Facebook, Inc. (the "Company") was held on March 4, 2016, at 4:00 p.m. PST. Committee members Susan D. Desmond-Hellmann (Chair), Erskine Bowles and Marc L. Andreessen attended the meeting telephonically. In addition, at the invitation of the Committee, David E. Shapiro of Wachtell, Lipton, Rosen & Katz ("Wachtell") attended the meeting telephonically. All individuals could hear and be heard. Wachtell recorded the minutes of the meeting.

Ms. Desmond-Hellmann called the meeting to order. Ms. Desmond-Hellmann reported that, on behalf of the Committee, she had met with Mark Zuckerberg on February 27, 2016 to discuss a proposed reclassification of the Company through the issuance of a new class of non-voting Class C capital stock to existing stockholders via a stock dividend (the "Reclassification"). Ms. Desmond-Hellmann noted that she and Mr. Zuckerberg discussed mechanics related to the "sunset" provisions of the Reclassification, whereby the Class B and Class C shares would automatically convert into Class A shares following Mr. Zuckerberg's death or disability (a "Transition Event"). Ms. Desmond-Hellman reported that Mr. Zuckerberg was of the view that the Company should have considerable flexibility (as it currently has) in these cases. The Committee discussed concerns with providing for a structure that could result in control of the Company passing to heirs of Mr. Zuckerberg for a considerable period of time.

Ms. Desmond-Hellmann further reported that she and Mr. Zuckerberg had discussed Mr. Zuckerberg's desire to maintain the existing structure if he were take certain types of voluntary leaves of absence from the Company. Ms. Desmond-Hellmann reported that Mr. Zuckerberg stated that he had no current intentions to take any voluntary leave of absence, but that he would prefer to maintain the flexibility to do so. The Committee discussed concerns regarding the governance of the Company in such a case.

Mr. Andreessen reported that, on behalf of the Committee, he had also spoken to Mr. Zuckerberg over the prior weekend about the same topics.

Next, Mr. Shapiro noted that after Mr. Zuckerberg met with Ms. Desmond-Hellmann and Mr. Andreessen, representatives of Simpson Thacher & Bartlett LLP ("Simpson"), Mr. Zuckerberg's outside legal counsel, contacted him to relay Mr. Zuckerberg's proposals with respect to Transition Events and voluntary leaves of absence. Mr. Shapiro noted that, on behalf of the Committee, he had spoken with representatives of Simpson, representatives of Fenwick & West LLP ("Fenwick"), the Company's outside legal counsel, and members of the Company's legal department to discuss Mr. Zuckerberg's proposals with respect to Transition Events and voluntary leaves of absence.

W/2637468v3

FBOD00000080

The members of the Committee then discussed amongst themselves and with Mr. Shapiro the specifics of Mr. Zuckerberg's proposals, including the pros and cons thereof.

Following discussion, the members of the Committee determined to set up a call with Mr. Zuckerberg to discuss in additional depth his recent proposals.

At approximately 5:00 p.m. PST the meeting was adjourned.

2

FBOD00000081

# EXHIBIT 33
# PUBLIC VERSION DATED
# DECEMBER 27, 2016

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Do you have any context before I talk to Sue tomorrow? | Sent | Thurs, Mar 10, 2016 11:21 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | We had a brief update today. | Read | Fri, Mar 11, 2016 12:01 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I think we are heading in direction of having something you can either pull the trigger on or not. | Read | Fri, Mar 11, 2016 12:02 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | The biggest issue on the call today was how to define the gov't service thing without freaking out shareholders that you are losing commitment. Something your team is worried about as well (worried about perception, not reality). | Read | Fri, Mar 11, 2016 12:03 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Sue is going to come back with a draft that the committee would be willing to execute. | Read | Fri, Mar 11, 2016 12:04 AM |
| Marc Andreessen Mark Zuckerberg) | Mark Zuckerberg | Want to discuss for a min? | Sent | Fri, Mar 11, 2016 11:11 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Just woke up ☺ Long week. | Read | Fri, Mar 11, 2016 1:30 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Available 130-230 and then after dinner. | Read | Fri, Mar 11, 2016 1:30 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | When's a good time to call tonight? | Sent | Fri, Mar 11, 2016 6:20 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | 8 or later | Read | Fri, Mar 11, 2016 6:21 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Thx | Read | Fri, Mar 11, 2016 6:21 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Let me know when you want me to call | Sent | Fri, Mar 11, 2016 8:02 PM |

MZ0006919

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | 5 min pls thx | Read | Fri, Mar 11, 2016<br>8:07 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Ready | Read | Fri, Mar 11, 2016<br>8:14 PM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | Thanks for the talk last night and for pushing on this | Sent | Sat, Mar 12, 2016<br>10:25 AM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | If this happens, I think it will only be because you pushed me and the others on it | Sent | Sat, Mar 12, 2016<br>10:26 AM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Yep, you got it | Read | Sat, Mar 12, 2016<br>1:59 PM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | Hey, can I share a quick idea with you? | Sent | Sun, Mar 13, 2016<br>10:47 AM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | At Grandads this afternoon – available after dinner! | Read | Sun, Mar 13, 2016<br>3:34 PM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | After 8? | Sent | Sun, Mar 13, 2016<br>5:13 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Yep! | Read | Sun, Mar 13, 2016<br>5:33 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Right now or 830? | Read | Sun, Mar 13, 2016<br>6:43 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Or after 830 | Read | Sun, Mar 13, 2016<br>6:43 PM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | 8:30 works | Sent | Sun, Mar 13, 2016<br>6:46 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Roger | Read | Sun, Mar 13, 2016<br>6:47 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Free | Read | Sun, Mar 13, 2016<br>8:15 PM |

Confidential

MZ0006920

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | Calling in one min | Sent | Sun, Mar 13, 2016<br>8:16 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Hey – talk tonight after dinner or tomorrow AM? Have update. | Read | Mon, Mar 14, 2016<br>3:25 PM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | Sure, after dinner tonight works. 8:30? | Sent | Mon, Mar 14, 2016<br>4:09 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Yep! | Read | Mon, Mar 14, 2016<br>4:26 PM |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | Now still good? | Sent | Mon, Mar 14, 2016<br>8:32 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Few minutes pls | Read | Mon, Mar 14, 2016<br>8:32 PM |
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Ready | Read | Mon, Mar 14, 2016<br>8:42 PM |

**MZ0006921**

**EXHIBIT 34**
**PUBLIC VERSION DATED**
**DECEMBER 27, 2016**

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Just talked to Erskine about the idea I shared with you. He's going to think about it but seemed open. | Sent | Tue, Mar 15, 2016 5:15 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | He wants to have a call with you and Sue tonight to discuss. | Sent | Tue, Mar 15, 2016 5:15 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Let me know if you want to talk before then | Sent | Tue, Mar 15, 2016 5:16 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Hey, just [reducted personal] with nephews. Got it. We didn't do a call tonight but I'll try to get them tomorrow. | Read | Tue, Mar 15, 2016 9:39 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Can I give you a call to mention something? | Sent | Tue, Mar 15, 2016 10:55 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Relevant before you talk to them tomorrow | Sent | Tue, Mar 15, 2016 10:56 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Making real progress now. | Read | Wed, Mar 16, 2016 4.58 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | All issues being worked. Sue and I feeling pretty good. | Read | Wed, Mar 16, 2016 4:59 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Great | Sent | Wed, Mar 16, 2016 5:19 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Hopefully the 70% threshold isn't an issue. I tried to give you guys my real threshold and not a starting point for negotiation. | Sent | Wed, Mar 16, 2016 5:22 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Anything else I can help out with? | Sent | Wed, Mar 16, 2016 5:22 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | I'm about to take off for China | Sent | Wed, Mar 16, 2016 5:22 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Nope we are good for the moment | Read | Wed, Mar 16, 2016 5:59 PM |

Confidential

MZ0006917

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Sue and I are fine with that I think | Read | Wed, Mar 16, 2016 5:59 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Working Erskine | Read | Wed, Mar 16, 2016 5:59 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Sue feels like we have positive momentum which is good since she's been talking to everyone including Erskine | Read | Wed, Mar 16, 2016 6:00 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Will stay on it | Read | Wed, Mar 16, 2016 6:00 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | We are setting up our next call | Read | Wed, Mar 16, 2016 6:00 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Nope we are good for the moment | Read | Wed, Mar 16, 2016 6:04 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Working Erskine | Read | Wed, Mar 16, 2016 6:04 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Sue feels like we have positive momentum which is good since she's been talking to everyone including Erskine | Read | Wed, Mar 16, 2016 6:04 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | We are setting up our next call | Read | Wed, Mar 16, 2016 6:04 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Sue and I are fine with that I think | Read | Wed, Mar 16, 2016 6:04 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Will stay on it | Read | Wed, Mar 16, 2016 6:04 PM |

**Confidential**

**MZ0006918**

**EXHIBIT 35
PUBLIC VERSION DATED
DECEMBER 27, 2016**

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Just got back from China and catching up on things. How are things trending here? | Sent | Mon, Mar 21, 2016 6:15 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Hey want me to call u now? | Read | Mon, Mar 21, 2016 7:49 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Sure | Sent | Mon, Mar 21, 2016 7:49 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Talked to Sue. Sounds on track. We are going to try to have a formal recommendation come out of our Thurs am committee meeting consistent with the last discussions. | Read | Tue, Mar 22, 2016 3:18 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Can I give you a call to mention something my lawyer just raised? | Sent | Tue, Mar 22, 2016 11:03 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | The issue we discussed this morning is not jumping out at me in the current drafts. Can your lawyer please send specifics before tomorrow at 8am? Thx | Read | Wed, Mar 23, 2016 7:53 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Yes | Sent | Wed, Mar 23, 2016 7:54 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Our lawyers spoke and it's possible yours may have already removed that language, but let me check. | Sent | Wed, Mar 23, 2016 7:54 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Ok | Read | Wed, Mar 23, 2016 7:54 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | My lawyer says he sent the note to Shapiro, and he'll ask Shapiro to forward it on to you guys as well. | Sent | Wed, Mar 23, 2016 9:52 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Ok | Read | Wed, Mar 23, 2016 9:53 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I'll ask about it on the 8am call if we haven't received it by then | Read | Wed, Mar 23, 2016 9:53 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | How did it go this morning? | Sent | Thurs, Mar 24, 2016 10:36 AM |

MZ0006911

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Good. Now we're deep into the final details. | Read | Thurs, Mar 24, 2016 11:41 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | We're setting up a group call with you to go through all those details. | Read | Thurs, Mar 24, 2016 11:41 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I think the biggest remaining issue is still around the government service - after you sell down below 30% of your starting stake. But Sue and I have an idea for you on that. | Read | Thurs, Mar 24, 2016 11:43 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I continue to think this is doable if you and the committee can wiggle through the last details with a little flex on both sides. | Read | Thurs, Mar 24, 2016 11:45 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Oh btw the "continuing director" thing is not an issue - that concept was already dropped a while back. Apparently lawyers looking at different revs of docs. | Read | Thurs, Mar 24, 2016 1:27 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Erskine is just massively uncomfortable with you getting to low economic ownership and then going off on leave with no involvement by the board and still retaining control. | Read | Fri, Mar 25, 2016 10:22 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | We rediscuss it on every call. | Read | Fri, Mar 25, 2016 10:22 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I think you're both arguing too hard on this point. Him because you already have this ability, you because government service would most likely require you to give up control of Facebook anyway. | Read | Fri, Mar 25, 2016 10:24 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | You were fine. | Read | Fri, Mar 25, 2016 10:31 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | ☺ | Read | Fri, Mar 25, 2016 10:31 AM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | I don't feel fine :) | Sent | Fri, Mar 25, 2016 10:31 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Ok. I'm going to try to drag it over the line one more time. ☺ | Read | Fri, Mar 25, 2016 10:31 AM |

Confidential

MZ0006912

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I had probably the same thing until today. | Read | Fri, Mar 25, 2016 10:31 AM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Want to talk for a minute? | Sent | Fri, Mar 25, 2016 10:31 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Can't just got on next call | Read | Fri, Mar 25, 2016 10:32 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Then board meeting - can talk later today or anytime weekend. | Read | Fri, Mar 25, 2016 10:32 AM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | Okay sounds good | Sent | Fri, Mar 25, 2016 10:33 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Can talk 130-200 if you can. | Read | Fri, Mar 25, 2016 10:34 AM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | I'm free now until 2 | Read | Fri, Mar 25, 2016 1:15 PM |
| Marc Andreessen Mark Zuckerberg | Mark Zuckerberg | One quick thought is to push on why they proposed 2 years before and now don't support it | Sent | Fri, Mar 25, 2016 1:34 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Let me work on that ☺ | Read | Fri, Mar 25, 2016 1:34 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | It's in the zone of "Erskine thinks it's an unforced error but may grudgingly support it at the end". | Read | Fri, Mar 25, 2016 1:36 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | He's worried it's the straw that breaks the camel's back on the optics of good governance. | Read | Fri, Mar 25, 2016 1:37 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | He's worried it's the thing people will point to on announcement and say "what the fuck are you guys doing agreeing to this". | Read | Fri, Mar 25, 2016 1:38 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | Particularly since he thinks gov't service would require you to give up control of FB anyway and so it's a moot point. | Read | Fri, Mar 25, 2016 1:38 PM |
| Marc Andreessen Mark Zuckerberg | Marc Andreessen | My counter argument is that because it's likely a moot point let's just give on it and it probably will never matter. | Read | Fri, Mar 25, 2016 1:39 PM |

MZ0006913

| Participants | From | Body | Status | Timestamp |
|---|---|---|---|---|
| Marc Andreessen<br>Mark Zuckerberg | Marc Andreessen | Good news to report, and next steps. | Read | Sat, Mar 26, 2016<br>3:31 PM11 |
| Marc Andreessen<br>Mark Zuckerberg | Mark Zuckerberg | Want to call? | Sent | Sat, Mar 26, 2016<br>3:37 PM |

**Confidential**

**MZ0006914**