IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OCULUS VR LLC, PALMER LUCKEY,<br>FACEBOOK, INC., BRENDAN IRIBE,<br>and JOHN CARMACK,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:14-CV-1849-K |

## FINAL JUDGMENT

On January 9, 2017, the Court called this case for trial. Plaintiffs ZeniMax Media Inc. and id Software, LLC (collectively "Plaintiffs") appeared through their attorneys of record and announced ready for trial. Defendants Oculus VR, LLC ("Oculus"), Palmer Luckey, Facebook, Inc. ("Facebook"), Brendan Iribe, and John Carmack appeared in person or through their attorneys of record and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and over Plaintiffs and Defendants. The Court impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. The jury returned a unanimous verdict on February 1, 2017, part of which was in favor of Plaintiffs and part of which was in favor of Defendants.

In accordance with the jury's verdict in this matter and the Court's orders on post-trial matters entered this same date, the Court hereby enters this Final Judgment. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs shall recover from Defendant Oculus in the principal sum of $200,000,000.00 on Plaintiffs' breach of contract claim, plus prejudgment interest calculated as simple interest from May 21, 2014 until the date of entry of this judgment at the rate of five (5) percent per annum.

2. Plaintiffs shall recover from Defendant Oculus in the principal sum of $50,000,000.00 on Plaintiffs' copyright infringement claim, plus prejudgment interest calculated as simple interest from December 11, 2012 until the date of entry of this judgment at the rate of five (5) percent per annum.

3. Plaintiffs are awarded recovery of post-judgment interest on all monetary awards herein at the interest rate provided by 28 U.S.C. § 1961.

4. As to Plaintiffs' conversion claim against Defendant Carmack, judgment is entered in favor of Plaintiffs, but Plaintiffs recover no damages on this claim.

5. As to all other claims asserted in this matter by Plaintiffs, judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing on these claims.

6. As to the counterclaim Defendant Carmack asserted against Plaintiff ZeniMax, judgment is entered in favor of Plaintiff ZeniMax.  Defendant Carmack shall take nothing on this claim.

This is a final judgment with respect to all claims and all parties.

**SO ORDERED**.

Signed June 27th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE