**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

ZENIMAX MEDIA INC. and ID SOFTWARE LLC,

Plaintiffs,

v.

OCULUS VR, LLC, PALMER LUCKEY, FACEBOOK, INC., BRENDAN IRIBE and JOHN CARMACK,

Defendants.

Case No.: 3:14-cv-01849-K

Hon. Ed Kinkeade

## NOTICE OF APPEAL

Notice is hereby given that Defendant Oculus VR, LLC, defendant in this action, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 27, 2018.

Dated: June 27, 2018

Respectfully submitted,

*/s/ Russ Falconer*

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California 94111
Phone: (415) 693-2000

Heidi L. Keefe (*pro hac vice*)
hleefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
mweinstein@cooley.com
Elizabeth L. Stameshkin (*pro hac vice*)
lstameshkin@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304

William B. Dawson
Texas Bar No. 05606300
wdawson@gibsondunn.com
Howard S. Hogan
Admitted *pro hac vice*
hhogan@gibsondunn.com
Russell H. Falconer
Texas Bar No. 24069695
rfalconer@gibsondunn.com
Brett S. Rosenthal
Texas Bar No. 24080096
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Ave., Suite 1100
Dallas, TX 76087
Phone: (214) 698-3100

Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Brant W. Bishop (*pro hac vice*)
bbishop@wilkinsonwalsh.com
Kosta S. Stojilkovic (*pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Phone: (202) 847-4000

*Attorneys for Defendant*
*Oculus VR, LLC*

## CERTIFICATE OF SERVICE

On June 27, 2018, I hereby certify that I filed this Notice electronically in compliance with Local Rule CV-5(a) and that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Russ Falconer*
Russell H. Falconer