IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>FACEBOOK, INC.,<br>BRENDAN IRIBE, and<br>JOHN CARMACK,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-K** |

**NOTICE OF CROSS-APPEAL**

PLEASE TAKE NOTICE that Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") hereby cross-appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 27, 2018 (ECF No. 1121), including the Court's orders of that same date granting in part Defendants' Rule 50(b) Motion for Judgment as a Matter of Law (ECF No. 1117), granting Defendants' Motion for Sanctions (ECF No. 1118), denying ZeniMax's Motion for Permanent Injunction (ECF No. 1119), and denying in part ZeniMax's Motion for Entry of Money Judgment (ECF No. 1120).

Dated: June 29, 2018

Respectfully submitted,

*s/ Phillip B. Philbin*
PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
CHRISTOPHER A. LISY
E-mail: Christopher.Lisy@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
WILLIAM J. CASEY
E-mail: William.Casey@Skadden.com
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs ZeniMax Media Inc. and id Software LLC*

**CERTIFICATE OF SERVICE**

On June 29, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: June 29, 2018

*s/ Phillip B. Philbin*
Phillip B. Philbin