**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

ZENIMAX MEDIA INC. and ID SOFTWARE LLC,

Plaintiffs,

v.

OCULUS VR, LLC, PALMER LUCKEY, FACEBOOK, INC., BRENDAN IRIBE and JOHN CARMACK,

Defendants.

Case No.: 3:14-cv-01849-K

Hon. Ed Kinkeade

**NOTICE OF APPEAL**

Notice is hereby given that Defendant John Carmack, defendant in this action, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 27, 2018. Mr. Carmack intends to withdraw this Notice of Appeal in the event that the Court grants him relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b)(5).

Dated: July 27, 2018

Respectfully submitted,

*/s/ Richard A. Smith*

Richard A. Smith
Texas Bar No. 24027990
richard@rsmithpc.com
**RICHARD SMITH, P.C.**
Campbell Centre I
8350 N. Central Expressway, Suite 1111
Dallas, Texas 75206
Phone: (214) 242-6484
Fax: (214) 265-1950

William B. Dawson
Texas Bar No. 05606300
wdawson@gibsondunn.com
Howard S. Hogan

Michael G. Rhodes (*pro hac vice*)
mrhodes@cooley.com
**COOLEY LLP**
101 California St., 5th Floor
San Francisco, California 94111
Phone: (415) 693-2000

Heidi L. Keefe (*pro hac vice*)
hleefe@cooley.com
Mark R. Weinstein (*pro hac vice*)
mweinstein@cooley.com
Elizabeth L. Stameshkin (*pro hac vice*)
lstameshkin@cooley.com
**COOLEY LLP**
3175 Hanover Street

Palo Alto, CA 94304

Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Brant W. Bishop (*pro hac vice*)
bbishop@wilkinsonwalsh.com
Kosta S. Stojilkovic (*pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Phone: (202) 847-4000

Admitted *pro hac vice*
hhogan@gibsondunn.com
Russell H. Falconer
Texas Bar No. 24069695
rfalconer@gibsondunn.com
Brett S. Rosenthal
Texas Bar No. 24080096
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Ave., Suite 1100
Dallas, TX 76087
Phone: (214) 698-3100

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On July 27, 2018, I hereby certify that I filed this Notice electronically in compliance with Local Rule CV-5(a) and that I have served all counsel who are deemed to have consented to electronic service or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Russ Falconer*
Russell H. Falconer