# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 04, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 18-10782 Zenimax Media Incorporated, et al v. Oculus VR L.L.C., et al
USDC No. 3:14-CV-1849

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate as to John Carmack, ONLY.

Sincerely,

LYLE W. CAYCE, Clerk

Melissa Mattingly

By: _________________________
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc w/encl:Mr. Russell Harris Falconer
Mr. Kurt William Hemr
Mr. Howard S. Hogan
Mr. Heidi Keefe
Mr. Theodore Olson
Mr. Phillip Brett Philbin
Mr. Michael G. Rhodes
Ms. Elizabeth Y. Ryan
Ms. Nicole Ann Saharsky
Mr. Paramjeet Sammi
Mr. Clifford M. Sloan
Mr. Richard A. Smith
Mr. Ragesh K. Tangri
Ms. Beth A. Wilkinso

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-10782

ZENIMAX MEDIA INCORPORATED; ID SOFTWARE L.L.C.,

Plaintiffs - Appellees Cross-Appellants Cross-Appellees

v.

OCULUS VR L.L.C.,

Defendant - Appellant Cross-Appellee

PALMER LUCKEY; FACEBOOK, INCORPORATED; BRENDAN IRIBE,

Defendants - Cross-Appellees

JOHN CARMACK,

Defendant - Cross-Appellee Cross-Appellant

Appeal from the United States District Court
for the Northern District of Texas

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 04, 2018, as to John Carmcack, ONLY, pursuant to Zenimax Media Incorporated and ID Software L.L.C.'s motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ________________________
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 04, 2018**

**Clerk, U.S. Court of Appeals, Fifth Circuit**