IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZENIMAX MEDIA INC. and<br>ID SOFTWARE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OCULUS VR, LLC,<br>PALMER LUCKEY,<br>FACEBOOK, INC.,<br>BRENDAN IRIBE, and<br>JOHN CARMACK,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 3:14-cv-01849-K** |

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
**AND REQUEST FOR RELEASE OF SUPERSEDEAS BOND**

WHEREAS, a judgment was entered in the above action on June 27, 2018, partially in favor of Plaintiffs ZeniMax Media Inc. and id Software LLC (collectively, "ZeniMax") and partially in favor of Defendants (the "Judgment," ECF No. 1121), including in relevant part as follows:

(i) an award in the amount of $200,000,000 against Defendant Oculus VR, LLC ("Oculus") for breach of contract, together with prejudgment interest calculated as simple interest from May 21, 2014, at the rate of five (5) percent per annum;

(ii) an award in the amount of $50,000,000 against Oculus for copyright infringement, together with prejudgment interest calculated as simple interest from December 11, 2012, at the rate of five (5) percent per annum; and

(iii) postjudgment interest against Oculus with respect to the foregoing;

WHEREAS, Oculus filed a Notice of Appeal as to the Judgment (ECF No. 1122), and the Court approved a supersedeas bond submitted by Oculus in the amount of $365,885,181.51 (the

"Supersedeas Bond") and stayed the execution of the Judgment against Oculus during the pendency of Oculus's appeal (ECF No. 1132);

WHEREAS, ZeniMax, Oculus, and Facebook, Inc. entered into a settlement agreement on December 6, 2018, the terms of which the parties thereto have agreed to maintain as confidential;

WHEREAS, on December 11, 2018, the United States Court of Appeals for the Fifth Circuit dismissed all appellate proceedings in this action by agreement of the parties; and

WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized to make an entry of the full and complete satisfaction on the docket of the Judgment;

AND FURTHER, ZeniMax requests that the Supersedeas Bond be fully and finally released.

*[SIGNATURE PAGE FOLLOWS]*

Dated: December 11, 2018

Respectfully submitted,

*s/ Phillip B. Philbin*

PHILLIP B. PHILBIN
Texas State Bar No. 15909020
E-mail: phillip.philbin@haynesboone.com
MICHAEL D. KARSON
Texas State Bar No. 24090198
E-mail: michael.karson@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone No.: 214-651-5000
Facsimile No.: 214-651-5940

P. ANTHONY SAMMI
E-mail: Anthony.Sammi@skadden.com
KURT WM. HEMR
E-mail: Kurt.Hemr@skadden.com
CHRISTOPHER A. LISY
E-mail: Christopher.Lisy@skadden.com
JAMES Y. PAK
Texas State Bar No. 24086376
E-mail: James.Pak@skadden.com
WILLIAM J. CASEY
E-mail: William.Casey@Skadden.com
(the foregoing attorneys admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

*Attorneys for Plaintiffs
ZeniMax Media Inc. and id Software LLC*

**CERTIFICATE OF SERVICE**

On December 11, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: December 11, 2018

*s/ Phillip B. Philbin*
Phillip B. Philbin