# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 11, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 18-10782 Zenimax Media Incorporated, et al v. Oculus VR L.L.C., et al
USDC No. 3:14-CV-1849

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Peter A. Conners, Deputy Clerk
504-310-7685

cc w/encl:
- Mr. Russell Harris Falconer
- Mr. Kurt William Hemr
- Mr. Howard S. Hogan
- Mr. Heidi Keefe
- Mr. Theodore Olson
- Mr. Phillip Brett Philbin
- Mr. Michael G. Rhodes
- Ms. Elizabeth Y. Ryan
- Mr. Paramjeet Sammi
- Mr. Clifford M. Sloan
- Mr. Richard A. Smith
- Mr. Ragesh K. Tangri
- Ms. Beth A. Wilkinson

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 18-10782

---

**A True Copy**
**Certified order issued Dec 11, 2018**

Tyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

ZENIMAX MEDIA INCORPORATED; ID SOFTWARE L.L.C.,

Plaintiffs - Appellees Cross-Appellants Cross-Appellees

v.

OCULUS VR L.L.C.,

Defendant - Appellant Cross-Appellee

PALMER LUCKEY; FACEBOOK, INCORPORATED; BRENDAN IRIBE,

Defendants - Cross-Appellees

---

Appeals from the United States District Court
for the Northern District of Texas

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeals are dismissed as of December 11, 2018, pursuant to the stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ___________________________
Peter A. Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT