IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZENIMAX MEDIA INC. and ID SOFTWARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OCULUS VR, LLC, PALMER LUCKEY, BRENDAN IRIBE, JOHN CARMACK, and FACEBOOK, INC. <br><br> Defendants. | CIVIL CASE NO. 3:14-cv-01849-K |

## ORDER

The Court having received the parties' Stipulated Amendment to the First Amended Protective Order and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulated Amendment to the First Amended Protective Order is **GRANTED.**

The First Amended Protective Order is amended to include the attached addendum.

**SO ORDERED.**

Signed March 14th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT COURT